IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DRUPATTY JAIPERSAUD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Civil Action No. 1:10 - CV-0455 JEC |
| | : | |
| LAWRENCEVILLE POLICE DEPARTMENT and DETECTIVE T. ASHLEY, as an Individual, | : : : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S INITIAL DISCLOSURES**

(1) State precisely the classification of the cause of action being filed, a brief factual outline of the case including plaintiff's contentions as to what defendant did or failed to do, and a succinct statement of the legal issues in the case.

**RESPONSE:** This is a Section 1983 action against Detective Ashley for false arrest and imprisonment and against the City of Lawrenceville for encouraging arrest and ticket games and failure to properly train and supervise. It is alleged that Defendant Ashley demanded that Plaintiff, the owner of a local Chevron station, bring up video of an incident earlier that day or be arrested. When Plaintiff was unable to bring up the video, Defendant arrested her for disorderly conduct, stating

1

that he feared for his safety. The issues to be tried are (i) whether Defendant had probable cause to arrest Plaintiff, (ii) whether Defendants have immunity, (iii) whether the arrest was a result of ongoing ticket and arrest games implicitly approved by the City.

(2) Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which plaintiff contends are applicable to this action.

**RESPONSE:** Fourth and Fourteenth Amendments to the United States Constitution, 42 U.S.C. § 1983, <u>Monnell v. City of New York Department of Social Services</u>, 436 U.S. 658 (1978), and illustrative case law.

(3) Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information. (Attach witness list to Initial Disclosures as Attachment A.)

**RESPONSE:** Witness List attached hereto as Attachment A.

(4) Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in Fed.R.Civ.P. 26(a)(2)(B), provide a separate written report satisfying

the provisions of that rule. (Attach expert witness list and written reports to Responses to Initial Disclosures as Attachment B.)

**RESPONSE:** This Plaintiff has not retained an expert nor does he anticipate doing so. In the event an expert is retained, this Plaintiff will supplement this response accordingly.

(5) Provide a copy of, or a description by category and location of, all documents, data compilations, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information. (Attach document list and descriptions to Initial Disclosures as Attachment C.)

**RESPONSE:** Attached hereto as Attachment C.

(6) In the space provided below, provide a computation of any category of damages claimed by you. In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying as under Fed.R.Civ.P. 34. (Attach any copies and descriptions to Initial Disclosures as Attachment D.)

**RESPONSE:** Plaintiff suffered unnecessary psychological damages when she was deprived of her right to be free from unreasonable seizure.

(7) Attach for inspection and copying as under Fed.R.Civ.P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment. (Attach copy of insurance agreement to Initial Disclosures as Attachment E.)

**RESPONSE:** Not applicable.

(8) Disclose the full name, address, and telephone number of all persons or legal entities who have a subrogation interest in the cause of action set forth in plaintiffs cause of action and state the basis and extent of such interest.

**RESPONSE:** Not applicable.

Dated this 18th day of May 2010.

/s/ Robert Douglas Ortman
Robert Douglas Ortman
GA Bar No. 554911
PO Box 724263
Atlanta, Georgia 31139-4263
Tel: (404) 512-2925
Fax: (866) 764-9320
Robertortman123@gmail.com
ATTORNEY FOR PLAINTIFF

## ATTACHMENT A – WITNESS LIST

In addition to the parties Plaintiff named in his complaint, the following witnesses may be called and/or have information relevant to this action:

Eyewitnesses:

1. Drupatty Jaipersaud
2. Arnold Jaipersaud
3. Detective T. Ashley
4. Officer Cone

## ATTACHMENT B – EXPERT WITNESS LIST

No experts have been retained and Plaintiff does not anticipate on retaining one at this time. Should an expert be retained, Plaintiff will supplement this response accordingly.

## ATTACHMENT C – DISCOVERABLE DATA

The following documents or data is in Plaintiff's possession:

1. Police reports

## ATTACHMENT D – DAMAGES

Plaintiff suffered psychological trauma as a result of her deprivation of rights.

## CERTIFICATION

Pursuant to ND Ga. LR 7.1D, I certify that this document has been prepared using Times New Roman Font, 14 point, as approved by this Court in ND Ga. 5.1B.

Submitted this 18th day of May 2010.

                                      **/s/Robert Douglas Ortman**
                                      Robert Douglas Ortman
                                        GA Bar No. 554911
                                        PO Box 724263
                                        Atlanta, Georgia 31139-4263
                                        Tel: (404) 512-2925
                                        Fax: (866) 764-9320
                                        Robertortman123@gmail.com
                                        ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day electronically submitted the foregoing Plaintiff's Initial Disclosures to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification to the following attorney of record on this case:

Kendrick McWilliams, Esq.
SHIVERS & ASSOCIATES
Call Service No. 1808
Alpharetta, GA 20023
kmcwilli@travelers.com

Dated this 18th day of May 2010.

                                                  **/s/Robert Douglas Ortman**
                                                  Robert Douglas Ortman
                                                  GA Bar No. 554911
                                                  PO Box 724263
                                                  Atlanta, Georgia 31139-4263
                                                  Tel: (404) 512-2925
                                                  Fax: (866) 764-9320
                                                  Robertortman123@gmail.com
                                                  ATTORNEY FOR PLAINTIFF