IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DRUPATTY JAIPERSAUD, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : Civil Action No. 1:10 - CV-0455 JEC |
| | : |
| LAWRENCEVILLE POLICE | : |
| DEPARTMENT and DETECTIVE | : |
| T. ASHLEY, as an Individual, | : |
| | : |
| Defendants. | : |

## PLAINTIFF ATTORNEY ROBERT DOUGLAS ORTMAN'S MOTION TO WITHDRAW AS COUNSEL

COMES NOW Plaintiff's Counsel Robert Douglas Ortman and files his Motion to Withdraw as counsel in the above-referenced case. Plaintiff's counsel has already provided his client with written notice fourteen (14) days prior to the filing of this motion pursuant to Local Rule 83.1(e)(2). A copy of the notice is attached hereto and was mailed to client's last known address on August 16, 2010.

Plaintiff's counsel makes this motion because he is unable to adequately represent his client as he is no longer competent under Rule 1.1 of the Professional Rules of Conduct.

/s/ Robert Douglas Ortman
Robert Douglas Ortman
Georgia Bar No. 554911
PO Box 724263
Atlanta, GA 31139-4263

Tel: (404) 512-2925  
Fax: (866) 764-9320  
E-mail: <u>robertortman123@gmail.com</u>

## **CERTIFICATION**

I HEREBY CERTIFY that pursuant to LR 7.1D, the foregoing was prepared with Times New Roman font, 14 point, as approved by this Court in LR 5.1B.

/S/ **Robert D. Ortman**
Robert D. Ortman
Georgia Bar No. 554911
Attorney for Plaintiff
PO Box 724263
Atlanta, GA 31139-4263
Tel: (404) 512-2925
Fax: (866) 764-9320
Email: robertortman123@gmail.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing PLAINTIFF ATTORNEY ROBERT DOUGLAS ORTMAN'S MOTION TO WITHDRAW AS COUNSEL was electronically submitted to the Clerk of the Court using the CM/ECF system which will automatically send electronic mail notification to the following attorney(s) of record in this case:

Kendrick McWilliams, Esq.
SHIVERS & ASSOCIATES
Call Service No. 1808
Alpharetta, GA 20023
kmcwilli@travelers.com

I also certify that a copy was sent via U.S. Mail (postage prepaid) to the client's last known address as indicated on the attached Notice.

This 30th day of August, 2010.

/S/ **Robert D. Ortman**
Robert D. Ortman
Georgia Bar No. 554911
Attorney for Plaintiff
PO Box 724263
Atlanta, GA 31139-4263
Tel: (404) 512-2925
Fax: (866) 764-9320
Email: robertortman123@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DRUPATTY JAIPERSAUD, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : Civil Action No. 1:10 - CV-0455 JEC |
| | : |
| LAWRENCEVILLE POLICE | : |
| DEPARTMENT and DETECTIVE | : |
| T. ASHLEY, as an Individual, | : |
| | : |
| Defendants. | : |

## NOTICE OF PLAINTIFF ATTORNEY ROBERT DOUGLAS ORTMAN'S INTENT TO WITHDRAW AS COUNSEL

To:    Drupatty Jaipersaud
       1620 Cooper Lakes Dr.
       Grayson, GA 30017

Unfortunately, I must withdraw from your case. As you may recall or may have read, the reason that I entered into civil rights litigation was because I too felt the pressure of the criminal justice system and police after an incident in which I defended myself in literally a split second at a soccer game. That pressure, the anxiety, and the frustration of not a single person in the justice system asking me what happened accumulated for over a year and, eventually, I was told that if I took a first offender Alford plea, I would not be considered as having a conviction. Pursuant to this advice, I signed the documents and took "the deal."

Now, several months later, and contrary to the advice I was given, the Georgia Bar initiated disciplinary proceedings against me stating that they considered my plea to be a conviction and put the wheels in motion to disbar me. I believe there is a substantial likelihood of disbarment and, even if I am not, this whole situation has spiraled so much out of control that I am in the middle of a nervous breakdown, making my representation of you (and all my clients) impossible under the Bar rules. In short, I lack the competence to represent you any longer and must withdraw.

In accordance with the Local Rules of this Court, I must provide you with the following information:

The Clerk's name, address and phone number is:

James Hatten

75 Spring St.

Atlanta, GA 30303

(404) 215-1635

Opposing counsel's name, address, and phone number is:

Kendrick McWilliams, Esq.

Caller Service No. 1808

Alpharetta, GA 30023-1808

(678) 317-7104

This Court retains jurisdiction of your case and you have the burden of keeping the court informed respecting where notices, pleadings, or other papers may be served. You have the obligation to prepare for trial or hire other counsel to prepare for trial when the trial date has been set. If you fail to meet these burdens, you may suffer adverse consequences. The dates of any scheduled proceedings will not be affected by my withdrawal. Service of notices may be made upon you at your last known address and you have fourteen (14) days from the date of this notice to object to it. You have twenty-one (21) days from the date of my withdrawal to notify the Clerk that you will either by representing yourself (pro se) or be represented by another attorney.

Dated this 16 day of August, 2010.

Robert Douglas Ortman