## SHIVERS & ASSOCIATES
Attorneys at Law

Donald M. Shivers
Larry G. Cobb***
Charles E. Johnson, III
Terry L. Strawser
Joseph D. Perrotta
George Lee Parson *
Robert K. Hardeman
Vanice H. Sikes, Jr.
Adrian Britt
Tracy Toussaint Crisp**

1000 Windward Concourse
Suite 210
Alpharetta, Georgia 30005

**Mailing Address**
Caller Service No. 1808
Alpharetta, Georgia 30023-1808
(678) 317-7104
Fax (678) 317-8917 – Gen. Liab.
Fax (678) 317-8915 – WC

Eric A. Brewton
Richard W. Littlefield, Jr.
Gilchrist M. Gibson
Katonga W. Harris****
Kendrick K. McWilliams
Teresa M. Lazard
H. Christopher Gill
Bryan C. Mahaffey
Melissa L. Lefkow

* Also admitted in Washington, D.C
** Also admitted in Alabama
*** Also admitted in Pennsylvania
**** Also admitted in Florida

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 03 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

August 27, 2010

**VIA CERTIFIED MAIL AND EMAIL - ROBERTORTMAN123@GMAIL.COM**
Robert D. Ortman, Esq.
PO Box 724263
Atlanta, GA 31139

**VIA CERTIFIED MAIL**
Drupatty Jaipersaud
1620 Cooper Lake Drive
Grayson, Georgia 30017

Re:   Drupatty Jaipersaud v. Lawrenceville Police Department and
      Detective T. Ashley, as an Individual
      United States District Court; Civil Action File No.: 1:10-CV-0455-JEC
      SPFMN: C6U9615

Dear Mr. Ortman and Ms. Jaipersaud:

As of the date of this letter, we have not received the Plaintiff's responses to Defendants' Second Request for Production of Documents to Plaintiff, dated July 27, 2010; with the 5.4 Certificate filed via the Court's CM/ECF on July 27, 2010.

Please provide Plaintiff's responses to Defendants' Second Request for Production of Documents in the above referenced matter.

Please consider this a good faith attempt to resolve a discovery dispute. I encourage you to respond to Defendants' Second Request for Production of Documents in the above-referenced matter no later than Tuesday, August 31, 2010, or we will be obliged to file a Motion to Compel pursuant to Federal Rule of Civil Procedure 37, seeking the disclosure and appropriate sanctions.

This letter is being sent to both you and your client because of the email I received from you regarding your withdrawal as counsel for personal reasons. See Exhibit "A". Until you

have filed a formal withdrawal from the case with the Court, I will continue to forward all pleadings and other correspondence regarding this matter to you and your client.

If you have any questions, please do not hesitate to call. Your attention to this matter is greatly appreciated.

Please let me know if you have any questions.

Regards,

Kendrick K. McWilliams

cc:
Cindy Adcock
Honorable Judge Julie E. Carnes
Bob Baroni
Matthew P. Benson

### McWilliams, Kendrick K

**From:** robert ortman [robertortman123@gmail.com]
**Sent:** Monday, August 16, 2010 2:43 PM
**To:** McWilliams, Kendrick K
**Subject:** Discovery - Jaipersaud

Mr. McWilliams:

Unfortunately, I will be withdrawing from Ms. Jaipersaud's case due to extreme personal issues (not with the client). Please afford her the courtesy of finding another attorney before filing any motions to compel discovery. Official notice is forthcoming.

Robert Ortman



EXHIBIT
A

8/27/2010