FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 13 2010

JAMES N. HATTEN, Clerk
*(signature)* Deputy Clerk

Drupatty Jaipersaud (Ann)
1620 Cooper Lakes Drive
Grayson, GA 30017

RE: Jaipersaud v. Ashley, et al (Case No. 10-CV-455)
September 9, 2010

Dear Honorable Julie E. Carnes,

    I, Drupatty Jaipersaud, am requesting that the court please provide me with additional time to look for another attorney to represent my case. My previous attorney, Mr. Robert D. Ortman, has suddenly withdrawn from my case. Mr. Ortman has, on August 30, 2010, filed a motion to withdraw as my attorney in my case, Jaipersaud v. Ashley, et al (Case No. 10-CV-455).

I am actively looking for another attorney. I am not sure if there are any deadlines regarding my case, thus, putting on hold whatever deadlines currently exist in my case would be greatly appreciated. I will inform the court as soon as I acquire another attorney.

Thank you in advance for your help in this matter,

*(signature)*
Drupatty Jaipersaud


CC: Mr. Kendrick K. McWilliams, Esq.
    Shivers & Associates