IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DRUPATTY JAIPERSAUD, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LAWRENCEVILLE POLICE ) <br> DEPARTMENT and DETECTIVE ) <br> T. ASHLEY, in his individual capacity ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. <br> 10-CV-455-JEC |

## APPEARANCE OF COUNSEL

To:   The Clerk of Court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Drupatty Jaipersaud
1620 Cooper Lakes Dr.
Grayson, GA 30017-1920

Dated: Atlanta, Georgia
September 28, 2010

By: _____
Albert Wan (Bar No. 334224)
Albert Wan, Attorney at Law
1201 Peachtree Street NE
400 Colony Square, Suite 200
Atlanta, GA 30361