IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DRUPATTY JAIPERSAUD,<br><br>Plaintiff,<br><br>vs.<br><br>LAWRENCEVILLE POLICE DEPARTMENT and DETECTIVE T. ASHLEY, in his individual capacity,<br><br>Defendants. | ) | Civil Action No.<br>10-CV-455-JEC |

**JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINE PURSUANT TO FED. R. CIV. P. 7 AND LOCAL RULE 26.2**

COME NOW, the parities to the above-captioned case, and move this Court for an order by which the discovery deadline in this matter will be extended, showing in support the following:

1. This litigation arises from the arrest of plaintiff Drupatty Jaipersaud by Defendant Ashley on September 24, 2008. Defendant Ashley was conducting an investigation that day at a Chevron gas station owned by plaintiff concerning a dispute between plaintiff and two of her customers. Plaintiff alleges, among other things, that Defendant Ashley arrested her without probable cause.

2. Plaintiff's complaint was filed on February 19, 2010. Defendants timely filed their answer on April 19, 2010.

3. Plaintiff has been represented by Attorney Robert Ortman from the inception of this matter. On August 30, 2010, Attorney Ortman moved to withdraw as counsel for plaintiff citing disciplinary issues with the bar. *See* Docket No. 17. This motion has not been opposed by the defendants and is currently pending before the court.

4. At the time Attorney Ortman moved to withdraw from this matter, both plaintiff and defendants were in the midst of discovery.

5. On September 9, 2010 (filed in the Clerk's Office on September 13, 2010, *see* Docket No. 19), plaintiff wrote a letter informing the Court that she was in the process of seeking another attorney and requested that the Court put on hold any deadlines that might have been pending in this matter.

6. Plaintiff recently retained the undersigned attorney to represent her in this matter. The undersigned attorney filed a Notice of Appearance on September 28, 2010. *See* Docket No. 20.

7. The undersigned attorney has conferred with counsel for defendants concerning the scheduling of discovery in this litigation and counsel have agreed

that the discovery deadline in this matter should be extended up to and through November 19, 2010.

8. Counsel for both parties believe that this deadline will provide both parties with sufficient time to respond to all outstanding discovery requests; to conduct discovery on all claims at issue in this litigation; and allow undersigned counsel to get up to speed with the case, having entered the litigation midstream. *See* Fed. R. Civ. P. 7; N.D. Ga. Local Rule 26.2.B.

WHEREFORE, the parties respectfully request that this Court order the following:

a. That the discovery deadline in this matter be extended up to and through November 19, 2010, and

b. Any other relief that this Court deems just and proper.

Respectfully submitted this 28th day of September 2010.

/s/ Albert Wan__________
Georgia Bar No. 334224
Attorney for Plaintiff

1201 Peachtree Street
400 Colony Square, Suite 200
Atlanta, GA 30361
404-872-7760 – Tel.
404-872-7764 – Fax
albert@albertwanlaw.com – Email

***(Additional Signature on Next Page)***

Consented to by:

with express permission by Albert Wan
Kendrick K. McWilliams, Esq.
Attorney for Defendants
Shivers & Associates
Caller Service No. 1808
Alpharetta, GA 30023-1808
678-317-7104 – Tel.
678-317-8917 – Fax
kmcwilli@travelers.com - Email

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DRUPATTY JAIPERSAUD,<br><br>Plaintiff,<br><br>vs.<br><br>LAWRENCEVILLE POLICE DEPARTMENT and TIMOTHY R. ASHLEY, in his individual capacity,<br><br>Defendants. | ) | Civil Action No.<br>10-CV-455-JEC |

**<u>PROPOSED ORDER GRANTING</u>**
**<u>PARITES' JOINT MOTION FOR</u>**
**<u>EXTENSION OF THE DISCOVERY DEADLINE</u>**

This matter having come before the Court upon agreement of the parties to extend the discovery deadline up to and through November 19, 2010.

For good cause shown, the parties' Joint Motion For Extension of the Discovery Deadline is hereby GRANTED. The discovery deadline shall be extended to November 19, 2010.

Dated: _____________

_____________________________
Judge Julie E. Carnes
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2010, I electronically filed the attached Joint Motion for Extension of Discovery Deadline with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Kendrick K. McWilliams, Esq.
Attorney for Defendants
Shivers & Associates
Caller Service No. 1808
Alpharetta, GA 30023-1808
678-317-7104 – Tel.
678-317-8917 – Fax
kmcwilli@travelers.com – Email

/s/ Albert Wan__________
Georgia Bar No. 334224
Attorney for Plaintiff

1201 Peachtree Street
400 Colony Square, Suite 200
Atlanta, GA 30361
404-872-7760 – Tel.
404-872-7764 – Fax
albert@albertwanlaw.com – Email