IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DRUPATTY JAIPERSAUD, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 10-CV-455-JEC |
| vs. | ) | |
| | ) | |
| LAWRENCEVILLE POLICE DEPARTMENT and DETECTIVE T. ASHLEY, in his individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) that all claims which Plaintiff has pending against Defendant Lawrenceville Police Department are dismissed without prejudice, and further, that the parties agree to bear their respective costs, including possible attorneys' fees, which arises or may have arisen from litigation involving claims which Plaintiff has pending against Defendant Lawrenceville Police Department. This Joint Stipulation does not affect the claims brought by Plaintiff against Defendant Ashley.

*(Signatures on Next Page)*

Respectfully submitted this 28th day of September 2010.

| | |
|---|---|
| _s/ Albert Wan, Esq._____ | __s/ Kendrick McWilliams, Esq. ____ |
| Albert Wan | Kendrick K. McWilliams |
| Bar No. 334224 | Bar No. 140983 |
| 1201 Peachtree Street | Shivers & Associates |
| 400 Colony Square, Suite 200 | Caller Service No. 1808 |
| Atlanta, GA 30361 | Alpharetta, GA 30023-1808 |
| 404-872-7760 – Tel. | 678-317-7104 – Tel. |
| 404-872-7764 – Fax | 678-317-8917 – Fax |
| albert@albertwanlaw.com – Email | kmcwilli@travelers.com - Email |
| *Counsel for Plaintiff Drupatty Jaipersaud* | *Counsel for Defendants Lawrenceville Police Department and Detective T. Ashley* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2010, I electronically filed the attached Stipulation of Dismissal with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>Kendrick K. McWilliams, Esq.
>Attorney for Defendants
>Shivers & Associates
>Caller Service No. 1808
>Alpharetta, GA 30023-1808
>678-317-7104 – Tel.
>678-317-8917 – Fax
>kmcwilli@travelers.com – Email

>/s Albert Wan, Esq.
>Georgia Bar No. 334224
>Attorney for Plaintiff
>
>1201 Peachtree Street
>400 Colony Square, Suite 200
>Atlanta, GA 30361
>404-872-7760 – Tel.
>404-872-7764 – Fax
>albert@albertwanlaw.com – Email