IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DRUPATTY JAIPERSAUD, | ) |
| Plaintiff, | ) Civil Action No. |
| | ) 10-CV-455-JEC |
| vs. | ) |
| LAWRENCEVILLE POLICE DEPARTMENT and TIMOTHY R. ASHLEY, in his individual capacity, | ) |
| Defendants. | ) |

FILED IN CHAMBERS
U.S.D.C. Atlanta
SEP 30 2010
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## ORDER GRANTING PARITES' JOINT MOTION FOR EXTENSION OF THE DISCOVERY DEADLINE

This matter having come before the Court upon agreement of the parties to extend the discovery deadline up to and through November 19, 2010.

For good cause shown, the parties' Joint Motion For Extension of the Discovery Deadline is hereby GRANTED. The discovery deadline shall be extended to November 19, 2010.

Dated: Sept 29 2010

_____
Judge Julie E. Carnes
United States District Judge