IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DRUPATTY JAIPERSAUD, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 10-CV-455-JEC |
| vs. | ) | |
| | ) | |
| DETECTIVE T. ASHLEY, in his individual capacity | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**PLAINTIFF'S SUPPLEMENTAL
RESPONSES TO INTIAL DISCLOSURES**

NOW COMES, Plaintiff in the above-captioned action, and files this her Supplemental Response to Initial Disclosures as follows:

SUPPLEMENT TO ATTACHMENT "A"
JAIPERSAUD WITNESSES

| | |
|---|---|
| Leslie Narain | Plaintiff's son |
| Leon Noble | Potential customer at Plaintiff's gas station/store |
| Nathalie Noble | Potential customer at Plaintiff's gas station/store |
| Officer P.C. Carrier | Lawrenceville Police Department |
| Officer Wiernik | Lawrenceville Police Department |
| Customers at Plaintiff's store during incident | |

1

SUPPLEMENT TO ATTACHMENT "C"
JAIPERSAUD DOCUMENTS

State v. Jaipersaud, Final Disposition, dated Feb. 25, 2009
State v. Jaipersaud, Accusation, filed Nov. 3, 2008
State v. Jaipersaud, State's Witness List
Incident Report by Ofc. R. Cone, dated Sept. 24, 2008
Summary Report by Det. Ashley, Case No. 080909060
Incident Report Narrative by Ofc. Cone, Case No. 080909060
Final Disposition, State v. Jaipersaud, dated Feb. 25, 2009
Jury Panel List, State v. Jaipersaud
State v. Jaipersaud, Accusation, filed Nov. 3, 2008
Return of Service, signed by Ramon Alvarado
Subpoena in Criminal Matter to Leslie Narain
Letter from Alvarado to Clerk of Court re: conflicts, dated Feb. 18, 2009
State's Certificate of Service re: discovery response, signed by David M. Young, dated Feb. 6, 2009
State v. Jaipersaud, Accusation, filed Nov. 3, 2008
Incident Report by Ofc. R. Cone, dated Sept. 24, 2008
Summary Report by Det. Ashley, Case No. 080909060
Incident Report Narrative by Ofc. Cone, Case No. 080909060
State v. Jaipersaud, State's Witness List
State v. Jaipersaud, Waiver of Arraignment, filed Jan. 5, 2009
State v. Jaipersaud, Notice of Defendant's Discovery Request, dated Jan. 5, 2009
State v. Jaipersaud, Notice to Produce and Motion for Exculpatory Evidence
State v. Jaipersaud, Preliminary Motion to Suppress
State v. Jaipersaud, Certificate of Service for Multiple Motions
City of Lawrenceville v. Jaipersaud, Demand for Jury Trial, dated Oct. 10, 2008
Transfer of Cash Bond to State Court Clerk
Citation issued to Drupatty Jaipersaud by Det. Ashley, dated Sept. 24, 2008
Notice of Jury Trial to Drupatty Jaipersaud
Notice of Jury Trial to Ramon Alvarado
Notice of Arraignment to Drupatty Jaipersaud
Notice of Arraignment to Ramon Alvarado
Ramon Alvarado Business Card

Travelers Insurance Policy for City of Lawrenceville
Police Officer Job Description
POST Report for Timothy R. Ashley
Incident Report by Ofc. R. Cone, dated Sept. 24, 2008
Incident Report Narrative by Ofc. Cone, Case No. 080909060
Booking Information Sheet
Citation issued to Drupatty Jaipersaud by Det. Ashley, dated Sept. 24, 2008
Summary Report by Det. Ashley, Case No. 080909060
**Ashley Personnel File**
Performance Evaluation, 10/21/2008
Performance Evaluation, 10/31/2007
Pay Raise Memo, Jan. 3, 2007
Performance Evaluation, 10/11/2006
Performance Evaluation, 10/24/2005
Performance Evaluation, 11/18/2004
Performance Evaluation, 11/21/2003
Performance Evaluation, 3/31/1998
Performance Evaluation, 1/20/1998
Performance Evaluation, 8/10/1997
Memo re: Ashley completion of field training, 2/7/1997
Memo re: disciplinary hearing and suspension, 10/9/2001
Complaint by Dondrae Crawford
Handwritten note re: tape recording
Memo re: failure to attend training, 10/13/1999
Memo re: suspension, 7/20/2000
Probable Cause Procedures
Qualification inquiry
New Employee Checklist
Pre-employment polygraph exam
Letter to Ashley, 12/5/1996
Personnel Info Form
Employment Application
Birth Certificate
Resume
High School Diploma
Military discharge
Letter from Edmonson County Board of Education
High School Diploma
Beneficiary designation form

Memo re: indemnification program
Picture of Ashley – headshot
Pictures of Ashley and ID cards
Copy of ID Card
Surveillance Video from 9/24/2008 of Plaintiff's store (approx. time: 12:30:08 to 13:24:56)
Trial Transcript, State v. Jaipersaud, Case No. 08-D-08932-6, Gwinnett County State Court


Respectfully submitted this 14th day of October 2010.


                                              s/ Albert Wan, Esq.
                                              Bar Number: 334224
                                              Attorney for Plaintiff
                                              1201 Peachtree Street NE
                                              400 Colony Square, Suite 200
                                              Atlanta, Georgia 30361
                                              (404) 872-7760 – Tel.
                                              (404) 872-7764 – Fax
                                              albert@albertwanlaw.com – Email

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2010, I electronically filed the attached Plaintiff's Supplemental Response to Initial Disclosures with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing upon the following attorneys of record:

>Kendrick K. McWilliams, Esq.
>Attorney for Defendant
>Shivers & Associates
>1000 Windward Concourse, Suite 210
>Alpharetta, GA 30023-1808
>678-317-7104 – Tel.
>678-317-8917 – Fax
>kmcwilli@travelers.com – Email

>s/ Albert Wan, Esq.
>Georgia Bar No. 334224
>Attorney for Plaintiff
>
>1201 Peachtree Street
>400 Colony Square, Suite 200
>Atlanta, GA 30361
>404-872-7760 – Tel.
>404-872-7764 – Fax
>albert@albertwanlaw.com – Email