AO 88B  (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | | |
|---|---|---|
| Drupatty Jaipersaud | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   10-CV-455-JEC |
| Timothy R. Ashley | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:   City of Lawrenceville Police Department, P.O. Box 2200, 300 Jackson Street, Lawrenceville, GA 30046

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: SEE EXHIBIT "A" ATTACHED HERETO

| Place: Office of Albert Wan, Esq.<br>1201 Peachtree Street NE<br>400 Colony Square, Suite 200, Atlanta GA 30361 | Date and Time:<br>12/07/2010 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:   11/17/2010

| CLERK OF COURT | OR | |
|---|---|---|
| | | S/ ALBERT WAN, ESQ. |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*       Plaintiff
Albert Wan, 1201 Peachtree Street NE, 400 Colony Square, Suite 200     , who issues or requests this subpoena, are:
Atlanta, GA 30361 Phone: 404-872-7760 Email: albert@albertwanlaw.com

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  10-CV-455-JEC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I served the subpoena by delivering a copy to the named person as follows: _____

_____ _____ on *(date)* _____ ; or

❑ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

**(c) Protecting a Person Subject to a Subpoena.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*

**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

**(i)** At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.

**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*

**(A)** *When Required.* On timely motion, the issuing court must quash or modify a subpoena that:

**(i)** fails to allow a reasonable time to comply;

**(ii)** requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;

**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

**(iv)** subjects a person to undue burden.

**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:

**(i)** disclosing a trade secret or other confidential research, development, or commercial information;

**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or

**(iii)** a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.

**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(d) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*

**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

**(i)** expressly make the claim; and

**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(e) Contempt.** The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).

**EXHIBIT "A"**

1.  A copy of an audio recording, regardless of the format in which such recording is contained, that pertains to a 911 call placed by Drupatty "Ann" Jaipersaud on or around September 24, 2008 at 13:44:23 hours from phone number 770-995-7666 pertaining to a customer dispute, such call bearing the Call Number 080909060. See CAD Operations Report for Call Number 080909060 attached hereto.

2.  A copy of audio recordings, regardless of the format in which such recordings are contained, that pertain to any and all 911 calls placed by a Ms. Nathalie Noble on or around September 24, 2008 at 13:00 hours from the Chevron gas station located at 256 Hurricane Shoals Road, Lawrenceville, GA.

3.  A copy of the audio recording, regardless of the format in which such recording is contained, that is the subject of the complaint made by Mr. Dondrae Crawford against Detective Timothy Ashley and submitted to the Lawrenceville Police Department on or around October 2, 2001. See Memo dated October 9, 2001 (Bates Stamped Jaipersaud-95); Complaint submitted by Dondrae Crawford against Timothy Ashley (Bates Stamped Jaipersaud-95); Handwritten Note regarding receipt of Crawford complaint on or around Oct. 2, 2001 at 16:48 hours (Bates Stamped Jaipersaud-97).

# CAD Operations Report

## LAWRENCEVILLE POLICE DEPARTMENT

| Call Number | 080909060 | Printed | 11/15/2010  11:10 AM |
|---|---|---|---|

## Call Detail Information   Jurisdiction   CITYPD

| Call Number | | Class | Taker | Pos | Call Owner | Status | Date - Time Received | | Inj |
|---|---|---|---|---|---|---|---|---|---|
| 080909060 | | P | PAT | 30 | | C | Wed 09 /24/2008  13:44:23 | | 0 |

| Complaint | Ten Code | Priority | ESN | Disp Zone | IRA | How Received |
|---|---|---|---|---|---|---|
| 86 | 86 | 3 | | | | |

| Incident Location | | Apart/Suite | Floor/Bldg | Incident City |
|---|---|---|---|---|
| 256 HURRICANE SHOALS RD | | | | LAWRENCEVILLE |

| Caller Name | Fire Run Zone | Fire Grade | EMS Run Zon | Telephone | Alt Telephone | Tower ID |
|---|---|---|---|---|---|---|
| JAITERSEUD, ANNE | | | | 770-995-7666 | | |

| Caller Location | | Apart/Suite | Floor/Bldg | Caller City |
|---|---|---|---|---|
| 256 HURRICANE SHOALS RD | | | | LAWRENCEVILLE |

| Landmark | Tract | Grid | Weapons |
|---|---|---|---|
| CHEVRON | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ Contacts | ☐ Fire Plan | ☐ Hazard | ☐ Images | ☐ Medical | ☐ Traffic | ☑ Previous |
| ☐ BOLO | ☐ Warrant | ☐ RMS CH | ☐ RMS Alerts | ☐ In Progress | ☐ Report Req | ☐ Subject Req |

| ALI Time | Call Rec'd | Xmit | Dispatch | Enroute | OnScene | Departed | Arrived | Comp | Alarm | Unit |
|---|---|---|---|---|---|---|---|---|---|---|
| 00:00:00 | 13:44:23 | 13:45:09 | 13:45:31 | 13:45:58 | 13:48:37 | | 14:35:26 | 16:39:54 | | 069 |

Narrative...

[09/24/2008 14:35:23 : ANNAS]
E/M 76462.5 1434

[09/24/2008 14:26:42 : ANNAS]
B/M 76460.4 1425

[09/24/2008 14:14:19 : ANNAS]
C4

[09/24/2008 14:09:40 : ANNAS]
1095

[09/24/2008 13:56:30 : ANNAS]
C4

[09/24/2008 13:52:43 : ANNAS]
C4

[09/24/2008 13:49:54 : ANNAS]
1039

[09/24/2008 13:49:40 : ANNAS]
C4

[09/24/2008 13:48:49 : PATRICKP]
CALL DISPATCHED AS S86, THEN UPGRADED TO S29 ... PARTIES INVOLVED ARE SEPARATED AND
HAVE CALMED DOWN .. S86

[09/24/2008 13:48:40 : ANNAS]

**LAWRENCEVILLE POLICE DEPARTMENT**

Call Number      080909060                 Printed 11/15/2010 11:10 AM

103

[09/24/2008 13:47:27 : PATRICKP]
PER COMPL, PERPS WILL BE IN FRONT OF THE STORE

[09/24/2008 13:47:04 : PATRICKP]
MALE PERP HAS SOMETHING IN THE POCKET ... UNSURE IF IT IS A S69

[09/24/2008 13:46:43 : PATRICKP]
BOTH PERPS ARE NOW THREATENING CLERK'S HUSBANDS

[09/24/2008 13:45:27 : PATRICKP]
THE CUSTOMERS ARE THREATENING STORE CLERK

[09/24/2008 13:45:09 : PATRICKP]
Landmark: CHEVRON
CUSTOMER DISPUTE ... 86 OVER GAS
78 B/F WEARING TAN SHIRT AND BLK PANTS
78 B/M WEARING WHI SHIRT BLK PANTS
Location Comment

## Call Dispositions

| Date Time | Disposition |
| --- | --- |
| 2008/09/24 16:39:51 | INCIDENT REPORT TAKEN |
| 2008/09/24 16:39:52 | ARREST REPORT MADE |

## Call Complaints

| Date Time | Complaint | Activity |
| --- | --- | --- |
| 9/24/2008 13:45:35 | 86 | PATRICK |
| 9/24/2008 13:48:21 | 29 | PATRICK |

## LAWRENCEVILLE POLICE DEPARTMENT

Call Number       080909060       Printed   11/15/2010  11:10 AM

### Call Log

| Unit | Status | Date-Time | Dept | Type | Comments | Officers | Odometer |
|------|--------|-----------|------|------|----------|----------|----------|
| 069 | DIS | 9/24/2008 13:45:31 | LPD | POL | 256 HURRICANE SHOALS RD, LAWRENCEVILLE | RONC | 0.0 |
| 132 | DIS | 9/24/2008 13:45:33 | LPD | POL | 256 HURRICANE SHOALS RD, LAWRENCEVILLE | BRIANW | 0.0 |
| 132 | ENR | 9/24/2008 13:45:56 | LPD | POL | 256 HURRICANE SHOALS RD, LAWRENCEVILLE | BRIANW | 0.0 |
| 081 | DIS | 9/24/2008 13:46:10 | LPD | POL | 256 HURRICANE SHOALS RD, LAWRENCEVILLE | ALANB | 0.0 |
| 069 | ENR | 9/24/2008 13:46:22 | LPD | POL | 256 HURRICANE SHOALS RD, LAWRENCEVILLE | RONC | 0.0 |
| 070 | ENR | 9/24/2008 13:46:46 | LPD | POL | 256 HURRICANE SHOALS RD, LAWRENCEVILLE | TIMA | 0.0 |
| 070 | ONS | 9/24/2008 13:48:37 | LPD | POL | 256 HURRICANE SHOALS RD, LAWRENCEVILLE | TIMA | 0.0 |
| 069 | ONS | 9/24/2008 13:49:13 | LPD | POL | 256 HURRICANE SHOALS RD, LAWRENCEVILLE | RONC | 0.0 |
| 006 | ENR | 9/24/2008 13:49:15 | LPD | POL | 256 HURRICANE SHOALS RD, LAWRENCEVILLE | CHRISC | 0.0 |
| 006 | ONS | 9/24/2008 13:49:19 | LPD | POL | 256 HURRICANE SHOALS RD, LAWRENCEVILLE | CHRISC | 0.0 |
| 081 | REM | 9/24/2008 13:50:02 | LPD | POL | REM | ALANB | 0.0 |
| 132 | REM | 9/24/2008 13:50:05 | LPD | POL | REM | BRIANW | 0.0 |
| 081 | ONS | 9/24/2008 13:52:38 | LPD | POL | 256 HURRICANE SHOALS RD, LAWRENCEVILLE | ALANB | 0.0 |
| 081 | REM | 9/24/2008 14:16:55 | LPD | POL | REM | ALANB | 1.0 |
| 069 | REM | 9/24/2008 14:29:14 | LPD | POL | REM | RONC | 0.0 |
| 006 | ARR | 9/24/2008 14:35:26 | LPD | POL | Reset Timeout, 256 HURRICANE SHOALS RD, LAWRENCEVI | CHRISC | 0.0 |
| 070 | REM | 9/24/2008 14:43:06 | LPD | POL | REM | TIMA | 0.0 |
| 006 | COM | 9/24/2008 16:39:54 | LPD | POL | COM | CHRISC | 0.0 |

| Unit | Dept | DIS | ENR | ONS | LEF | ARR | BUS | REM | COM |
|------|------|-----|-----|-----|-----|-----|-----|-----|-----|
| 006 | LPD | | 13:49:15.5 | 13:49:19.9 | | 14:35:26.3 | | | 16:39:54.1 |
| 069 | LPD | 13:45:31.5 | 13:46:22.0 | 13:49:13.8 | | | | 14:29:14.6 | |
| 070 | LPD | | 13:46:46.0 | 13:48:37.2 | | | | 14:43:06.9 | |
| 081 | LPD | 13:46:10.5 | | 13:52:38.0 | | | | 14:16:55.6 | |
| 132 | LPD | 13:45:33.5 | 13:45:56.6 | | | | | 13:50:05.4 | |

## LAWRENCEVILLE POLICE DEPARTMENT

Call Number       080909060       Printed 11/15/2010  11:10 AM

## Unit Log

| Date-Time | Dept | Unit | Officer ID | Action | Comments |
|-----------|------|------|------------|--------|----------|
| 14:03:12 | LPD | 070 | TIMA | Reset Timeout | Reset Timeout |
| 14:03:12 | LPD | 081 | ALANB | Reset Timeout | Reset Timeout |
| 14:03:12 | LPD | 006 | CHRISC | Reset Timeout | Reset Timeout |
| 14:03:12 | LPD | 069 | RONC | Reset Timeout | Reset Timeout |
| 15:35:55 | LPD | 006 | CHRISC | Reset Timeout | Reset Timeout |
| 16:06:08 | LPD | 006 | CHRISC | Reset Timeout | Reset Timeout |
| 16:36:02 | LPD | 006 | CHRISC | Reset Timeout | Reset Timeout |

## Call Persons

| Category | Last Name | First Name | Middle Name | Suffix | Crim Hist | Prev Arrest |
|----------|-----------|------------|-------------|--------|-----------|-------------|
| | Business Name | Race | Sex | Ethnic | Height | Weight | Age | DOB | OLN |
| ARRESTEE | JAIPERSAUD | DRUPATTY | NARAIKI | | ☐ | ☐ |
| | | W | F | | | 37 | 2/27/1971 | |

### Call Subject Statistics

| Question | Answer |
|----------|--------|
| | |

**LAWRENCEVILLE POLICE DEPARTMENT**
**INNER-DEPARTMENTAL MEORANDUM**

TO:     Detective T.R. Ashley
FR:     Major P.D. King
Date:   October 9, 2001
RE:     Suspension

As a result of your disciplinary hearing this date, regarding Conduct Unbecoming of an Officer, Section 2.2.6 of the Department Operations Manual, you are hereby suspended for twenty four hours.

In accordance with the Lawrenceville Police Department Operations Manual. Section 3.6.7, you have the following right to appeal this decision:

"An employee who has been served with official notice of disciplinary action may appeal by filing a letter of intent to appeal with the disciplining authority within ten (10) calendar days after receipt of notice of the disciplinary action.

The appeal shall be heard by the next person in the Chain of Command. Disciplinary action taken by the Chief of Police may be appealed to the Mayor pursuant to section 8-6 of the City of Lawrenceville Personnel Policy. The appellant may have an attorney during the appeal process; however, this right does not extend to administrative hearings held by the Chief of Police prior to the disciplinary action."

Jaipersaud-95

I am filing a formal complaint against Detective Timothy Ashley. He called my mother's house on Tuesday, September 18th at 12:57pm and stated that I had a parking violation and I needed to call (770) 339-2412 and leave a number where I could be reached. I called the number the next day and Sgt. Buchanan advised me that he didn't know of any parking violations. If I had any it would not come through this number that I would have to call magistrate court. I called magistrate court and again they advised me there were no parking violations.

The next day he called his X-wife and stated that her friend Dondrae Crawford is a criminal and wanted to talk to her about her options. He stated that Dondrae had been charged with carrying a concealed deadly weapon and had 4 credit card fraud charges against him. As well as being a suspect in a armed robbery. His X-wife advised him she was at work and could he call her later at home to discuss this. He asked his X-wife to meet him at his home to discuss the matter and she declined and said she didn't want to be at his home by her self that she prefer to discuss this over the phone.

So, since he was giving information about me that I knew was not true I asked Lisa to tape the conversation with her X-husband that night. He used numberous racial slurs and threated to do something awful, if his kids were in the same apartment with me again. He said that he knew people that could hurt me. I don't want to be in a situation when I'm not doing any wrong and then accused of doing something wrong.

I'm filing this complaint to protect my family and friends as well as Lisa and the kids.


Dondrae Crawford

*Dondrae Crawford*

*Hearing 10-9-01*

Rec. complaint on 10-2-01   16:48 PM

Has made audio recording of message left
on 9-18-01

a friend has tape of Ashley + x-wife conversation

---

Tape
Rec. 10/04/01

Jaipersaud-97