IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DRUPATTY JAIPERSAUD,

    Plaintiff,

v.

LAWRENCEVILLE POLICE
DEPARTMENT, et al.,

    Defendants.

CIVIL ACTION NO.
1:10-CV-455-JEC

## ORDER

The above entitled action is presently before the Court on Request for Withdrawal of Counsel filed by Robert Douglas Ortman, counsel for plaintiff [17], plaintiff's *pro se* Motion for Extension of Time to Obtain Attorney [19] and plaintiff's Motion to Amend Complaint [24].

IT IS HEREBY ORDERED that attorney Robert Douglas Ortman's Request for Withdrawal [28] is **GRANTED**. Plaintiff's *pro se* Motion for Extension of Time to Obtain Attorney [19] is **GRANTED**. The Court notes that new counsel for the plaintiff, Albert Wan, appeared on September 28, 2010 [20]. Plaintiff's Motion to Amend Complaint [24] is **GRANTED**. The Clerk is directed to docket the attached Amended Complaint [24-2] as of the date of this Order.

SO ORDERED, this ___17___ day of NOVEMBER, 2010.

                                                          JULIE E. CARNES
                                                        CHIEF U.S. DISTRICT JUDGE

2