# EXHIBIT A

DPS-32(8/2008)

**GEORGIA**
**UNIFORM TRAFFIC CITATION, SUMMONS, ACCUSATION/WARNING**

Court Case Number: 080909060
NCIC Number: SS NR-GA 0670300
Citation Number: 292903

**CITY OF LAWRENCEVILLE**

Upon Month: 9  Day: 24  Year: 2008  at: 1348  AM/PM

Operator License No.: HOT DRIVING

Name: JAIPERSAUD BRINATHY NABAIRI

Address: 1620 COOPER LAKES DR

City: GRAYSON  State: GA  Zip Code: 30017

DOB: 4/29/91  Hair: BLK  Hgt: 5'05"  Wgt: 118  Sex: F

Veh. Yr.: N/A

COMMERCIAL DRIVER LICENSE ☐ YES ☒ NO
COMMERCIAL VEHICLE ☐ YES ☒ NO
ACCIDENT ☐ YES ☒ NO

(ONE VIOLATION PER CITATION)

OFFENSE (Other than above): Disorderly Conduct
In Violation of Code Section: 51-101(c)(2)

Accused stuck hands out while conducting business then refused to cooperate w/ police

PLACE OF EMPLOYMENT:

WEATHER: ☒ Clear
ROAD (A): ☒ Dry  (B): ☒ Concrete
TRAFFIC: ☒ Light
LIGHTING: ☒ Daylight

County of: Gwinnett
254 Perry Road ... at (city) Lawrenceville
(secondary loc) White Hall Lane ... (city) Lawrenceville

OFFICER: Ashley  Badge #: 70  Div: CID

You are hereby ordered to appear at the court indicated below to answer this charge on
(DATE) NOV. 5, 2008 at (TIME) 9:00 AM/PM

☒ Municipal Court at 70 S. Clayton Street, Lawrenceville, Georgia (PHONE) 770-963-3235
☐ Superior Court 770-826-5400   ☐ State Court 770-822-8300   ☐ Juvenile Court 770-619-6300

LICENSE DISPLAYED IN LIEU OF BAIL ☐ YES ☐ NO   RELEASED TO:
SIGNATURE ACKNOWLEDGES SERVICE OF THIS SUMMONS AND RECEIPT OF COPY OF SAME

SIGNATURE: [signed]   PHONE #:

**ARRESTING OFFICER CERTIFICATION**
SIGNATURE: [signed]   Badge #: 70

AUTHORIZED AND APPROVED PURSUANT TO:
CODE 40-13-1 - D.P.S. REG. 570.19

ISSUING DEPT. COPY

Jaipersaud-68

12