# IN THE UNITED STATES DISTRICT COURT
# IN THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DRUPATTY JAIPERSAUD,<br><br>Plaintiff,<br>vs.<br><br>DETECTIVE T. ASHLEY, in his individual capacity,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO. 1:10-CV-0455 |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that I have served **Defendant Ashley's Response to Plaintiff's Third Request for Production of Documents,** along with a copy of this certificate, upon all parties by placing same in U.S. regular mail with sufficient postage affix thereto, copy of this certificate filed separately via the Court's CM/ECF system

Albert Wan, Esq.
1201 Peachtree St., NE
400 Colony Square, Suite 300
Atlanta, GA 30361
albert@albertwanlaw.com

**SIGNATURE ON NEXT PAGE**

This 9th day of December, 2010.

                                    **SHIVERS & ASSOCIATES**

                                    /S/KENDRICK K. MCWILLIAMS
                                  **KENDRICK K. MCWILLIAMS**
                                  Georgia Bar No. 140983
                                  Attorney for Defendant
                                  Detective T. Ashley

Caller Service No. 1808
Alpharetta, GA 30023-1808
Tel.: 678-317-7104
Fax: 678-317-8917
kmcwilli@travelers.com