IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DRUPATTY JAIPERSAUD,

    Plaintiff,

v.

LAWRENCEVILLE POLICE
DEPARTMENT, et al.,

    Defendants.

CIVIL ACTION NO.
1:10-CV-455-JEC

### ORDER

The above civil action is presently before the Court on plaintiff's two Motions for Extension of Discovery [36,38]. The first motion for an extension requested an extension until December 10, 2010. The second motion requested an extension of discovery until December 17, 2010 and an extension of the deadline for the filing of summary judgment motions through January 14, 2011.

The Court **GRANTS** both motions. Accordingly, discovery is now closed. Further, the extended date for summary judgment motions that the plaintiff had requested has also now expired. As the Court had not earlier issued its order and assuming that the parties may wish to file motions for summary judgment, the Court will allow the parties until **March 4, 2011** in which to file summary judgment motions. If no summary judgment motions are filed by that date, the

parties' consolidated pretrial order will be due by **April 4, 2011**.

SO ORDERED, this 24 day of JANUARY, 2011.

_____
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE