IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DRUPATTY JAIPERSAUD,      )
      Plaintiff,           )           Civil Action No.
                             )           10-CV-455-JEC
      vs.                )
                             )
TIMOTHY R. ASHLEY,       )
      Defendant.        )

### PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO LIABILITY AGAINST DEFENDANT TIMOTHY ASHLEY

COMES NOW, plaintiff Drupatty Jaipersaud, by and through counsel, and moves this Court for entry of Partial Summary Judgment as to liability against Defendant Timothy Ashley upon plaintiff's federal, Fourth Amendment claim arising from Ashley's arrest of plaintiff Jaipersaud without probable cause on September 24, 2008.

In support of this Motion, Plaintiff has submitted concurrently herewith:

1.     Plaintiff's Local Rule 56.1.B(1) Statement of Material Facts as to Which There is No Genuine Issue in Dispute;

2.     Plaintiff's Memorandum of Law; and

3.     Such depositions and original discovery and any other evidence that bears upon the issues presented.

WHEREFORE, Plaintiff prays that this Court enter an Order by which Defendant Ashley is found liable upon plaintiff's federal, Fourth Amendment claim, reserving for trial and determination by a jury Defendant Ashley's liability as to Plaintiff's state law-based claims and the appropriate damages to be awarded upon all of Plaintiff's claims.

Respectfully submitted this 3rd day of March 2011.

/s/ Albert Wan
Georgia Bar No. 334224
albert@albertwanlaw.com
Attorney for Plaintiff

1201 Peachtree Street
400 Colony Square, Suite 200
Atlanta, GA 30361
404-872-7760 – Tel.
404-872-7764 – Fax

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2011, I electronically filed the attached with the

Clerk of Court using the CM/ECF system which will automatically send email

notification of such filing to the following attorneys of record:

Kendrick K. McWilliams, Esq.
Attorney for Defendants
Shivers & Associates
Caller Service No. 1808
Alpharetta, GA 30023-1808
678-317-7104 – Tel.
678-317-8917 – Fax
kmcwilli@travelers.com – Email


/s/ Albert Wan
Georgia Bar No. 334224
Attorney for Plaintiff

1201 Peachtree Street
400 Colony Square, Suite 200
Atlanta, GA 30361
404-872-7760 – Tel.
404-872-7764 – Fax
albert@albertwanlaw.com – Email