# SMF ATTACHMENT "A"

# WSBTV.com

# Gas Shortage Help; EPA Lifts Restrictions

## Metro Atlanta Drivers Cleared To Use Dirtier-Buring Fuel



Related Stories/Links

**GAS PRICES**

📹 **VIDEO: Main Gas Pipeline Operating At Pre-Hurricane Levels**

📹 **VIDEO: wsbtv.com Users Sound Off About Gas Crisis**

📹 **VIDEO: State Leaders Say Gas Situation Is Better But We've Got Catching Up To Do**

📹 **VIDEO: Metro Atlanta Gas Situation Improving**

📹 **VIDEO: Cobb Police: Men Tried To Steal Gas From Daycare**

📹 **VIDEO: QuikTrip Says Their Stores Will Have Gas By Wednesday**

📹 **VIDEO: State Leaders Say Metro Atlanta Gas Shortage Is Improving**

- **SPECIAL SECTION:** Gas Prices

- **FORUM:** Sound Off About Metro Atlanta Gas Shortage

- **MAP:** Metro Atlanta Stations With Gas

- **PRICE CHECKER:** Gas Prices Around U.S.

- **CALCULATOR:** Cost Of Filling Up

- **SAVE GAS:** Clark Howard's Driving Tips

- **FIND CHEAP GAS: atlantagasprices.com**

Posted: 5:40 am EDT September 24, 2008 Updated: 12:03 pm EDT September 24, 2008

**ATLANTA --** Metro Atlanta's gasoline shortage has not eased and now there are lines for fuel across the area.

After damage from Hurricanes Ike and Gustav, the main pipeline that delivers Atlanta's gas is still not running at capacity. Meanwhile, federal officials granted Gov. Sonny Perdue's request to allow metro Atlantans to use dirtier-burning fuel until the shortage eases.

"When I saw these pumps open I felt good again," said one driver.

- **SEND US: Your Gas Line Photos**

But to get that good feeling, you have to do some searching -- both by driving and by praying.

"I've just been praying. Lord please just let me find gas and I've been finding gas so he's been helping me," said driver Linda Stiles.

**VIDEO: Drivers Line Up For Gas In Cobb County**

"I think it's crazy, I just ran out of gas right over there and my husband brought me five gallons and I ended up (at this gas station) and I don't know, I'm about to run out," said driver Lori Etheridge.

"We shouldn't have to do that. Heck, I'm 63 years old and running around from one place to another just isn't working for me," said another driver.

Channel 2's informal survey found only about one in ten stations with pumps flowing in Cobb County. And station owners said a load that would normally last them a full day was only good for about four hours.

- **VIEWER MAIL: Drivers Sound Off On Gas Outages**

Gas suppliers said the situation started with a flurry of panic buying -- people filling up their cars that really didn't have to. But as the days have gone by, the situation has morphed into something else. Now, drivers are actually out of gas.

"My gas light has been on for a couple days," said one woman.

Station managers said they feel for those in line with the gas gauge on "E" -- but there are some who don't really need gas who just feel constantly compelled to fill up.

"Well everywhere that I see there is gas I'm definitely going to stop and get some," said Etheridge.

## EPA Eases Gas Restrictions

The EPA decided late Tuesday afternoon to ease restictions in Atlanta -- effective immediately. The federal government approved Gov. Sonny Perdue's written request for an environmental waiver from the specialized fuel required in 45 north Georgia counties -- including all of metro Atlanta.

Senators Saxby Chambliss and Johnny Isakson joined Perdue in urging the EPA to make that ruling.

The governor's office is warning drivers that the waiver, although it is effective immediately, won't solve the gas problem overnight. There are still going to be gas shortages for several more days, the office said Tuesday.

But critics said they are furious and they want to know why it took Perdue until late Monday afternoon to ask the feds for help. The governor wasn't answering questions, but his press secretary was.

"We're doing all that we can," said Bert Brantley, Perdue's press secretary.

But as frustrated drivers all over metro Atlanta and beyond continue to line up at the pumps, the governor's critics are asking why he didn't formally ask the feds for help last week.

"By not managing this, by not reacting, not working steadily with the EPA, not having this relationship, not maintaining it, it drags until there's another crisis and who gets hurt are the working people," said Rep. Dubose Porter, (D) House Minority Leader.

Because of Atlanta's air quality problems, the feds require a cleaner burning fuel here. Late Monday afternoon, the governor sent a letter to the EPA asking them to temporarily lift those restrictions so distributors can get fuel from other areas that have it.

Tuesday evening, the EPA agreed.

Distributors Channel 2 talked with said they gave Perdue's office a heads up two weeks ago that the crisis would likely happen because of a one-two punch from Hurricanes Gustav and Ike. Add to that the fact supplies are normally low this time of year as refineries switch from a summer to winter gas formula.

"This is the same pattern we've seen of waiting too long. There's got to be that leadership whether it's transportation, education or here in a gas crisis," said Porter.

"The people who would criticize that, they don't understand the way we're working with the EPA. We were talking with them everyday and timing the request so we could get a positive response," said Brantley.

The EPA said the ease in restrictions will last through October 12.

## HERO Units Seeing Increase In Stranded Drivers

Georgia's HERO units are on the lookout for drivers who have run out of gas. Officials told Channel 2 the units are seeing more and more drivers stranded because of gas shortages and high prices.

Halfway through his day, Bennie Conley has already delivered gas to three stranded motorists.

Kayla Vinson is his fourth.

"I just knew I was going to make it home because I'm almost there. I'm like 10 minutes away, but as I was coming up the ramp I could feel my car cutting off. I was like, 'No, please!'" said Vinson.

She ran out of gas after spending an hour driving around looking for an open station.

"I went looking for gas earlier during lunch but the lines were so long so I decided to wait. I guess it was a bad choice because once I got to the gas stations, lines were even longer and most gas stations they don't even have gas," said Vinson.

With high gas prices all summer, Georgia Highway Emergency Response Operators, or HEROs, have been busy with gas calls. They've been giving away thousands of gallons a month. But Monday, those calls doubled for Conley.

"Today I've spent $30 already, just trying to keep that can full," said Conley.

Now, it isn't how much the gas costs but how little of it is available.

HERO units must also be extra careful that they don't run low on gas. The crews said it is taking longer than normal to refill their tanks.

*Copyright 2008 by WSBTV.com. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.*

# SMF ATTACHMENT "B"

# FILED BY HAND UNDER SEPARATE COVER

# SMF ATTACHMENT "C"



# LAWRENCEVILLE POLICE DEPARTMENT
## CRIMINAL INVESTIGATIONS DIVISION
### SUMMARY REPORT
### DETECTIVE T. R. ASHLEY
### CASE # 080909060

On 09/24/08 I responded to a fight in progress call at the Chevron Station at 56 Hurricane Shoals Road. On my arrival I found the victim, Leon Noble, and his wife, Nathalie Noble, standing outside at the front door. The victim advised me that he and his wife stopped to get gas, and when the victim went inside the store the female who owns the store, Drupatty Narain Jaipersaud, advised him they had no gas. The victim stated that when he suggested some type of written communication be posted allowing others to know there was no gas, the female started shouting at him and called him a nigger. He went on to say that after the owner called him a nigger she struck him on the arm with her open hand. When I went inside and spoke to the owner and her husband, she stated she had done nothing wrong. Officer Cone then advised me there had been several calls at that store regarding customers complaining the female owner of the store had shouted racist comments to them and called the customers racist names. I asked the owner to show me the video coverage for the past several minutes and she said she couldn't pull the video up. Officer Wiernik tried to work the video machine but was unsuccessful. I asked Ms. Jaipersaud how the video machine could be accessed and she said her son knew how. I asked her to call him and have him en route to the store. She became very upset and told me not to come into her place of business and tell her what to do. She then walked up to me in a very offensive way shouting and waving her hands. I placed her under arrest for Disorderly Conduct and placed her in

the back of Officer Carrier's patrol car. After obtaining the defendant's information and writing the citation she advised me she needed to use the bathroom. I then took her out of the patrol car and escorted her inside the store and removed the handcuffs. The defendant used the bathroom then asked if she could make a phone call. I explained to her she would be allowed to use the phone from the jail. I handcuffed the defendant again double locking the cuffs and placed her back in Officer Carrier's patrol car without incident. The defendant's husband asked me where she would be taken and I told him she was going to the Gwinnett County Jail. I then explained he would be able to bond her out within a couple of hours.

After returning to my office I contacted dispatch and checked if there had been other similar calls there. I found there had been at least five (5) prior calls at that store including several domestic calls involving the owner and a call where the owner threatened another customer.

# SMF ATTACHMENT "D"

# CAD Operations Report

**LAWRENCEVILLE POLICE DEPARTMENT**

Call Number     080909060                              Printed  11/15/2010 11:10 AM

## Call Detail Information    Jurisdiction   CITYPD

| Call Number | Class | Taker | Pos | Call Owner | Status | Date - Time Received | Inj |
|---|---|---|---|---|---|---|---|
| 080909060 | P | PAT | 30 |  | C | Wed 09/24/2008 13:44:23 | 0 |

| Complaint | Ten Code | Priority | ESN | Disp Zone | IRA | How Received |
|---|---|---|---|---|---|---|
| 86 | 86 | 3 | | | | |

Incident Location                                        Apart/Suite   Floor/Bldg   Incident City
256 HURRICANE SHOALS RD                                                              LAWRENCEVILLE

Caller Name                 Fire Run Zone   Fire Grade   EMS Run Zon   Telephone       Alt Telephone   Tower ID
JAITERSEUD, ANNE                                                       770-995-7666

Caller Location                                          Apart/Suite   Floor/Bldg   Caller City
256 HURRICANE SHOALS RD                                                              LAWRENCEVILLE

Landmark                    Tract           Grid          Weapons
CHEVRON

☐ Contacts    ☐ Fire Plan    ☐ Hazard    ☐ Images    ☐ Medical    ☐ Traffic    ☑ Previous
☐ BOLO        ☐ Warrant      ☐ RMS CH    ☐ RMS Alerts ☐ In Progress ☐ Report Req ☐ Subject Req

| ALI Time | Call Rec'd | Xmit | Dispatch | Enroute | OnScene | Departed | Arrived | Comp | Alarm | Unit |
|---|---|---|---|---|---|---|---|---|---|---|
| 00:00:00 | 13:44:23 | 13:45:09 | 13:45:31 | 13:45:56 | 13:48:37 | | 14:35:26 | 16:39:54 | | 069 |

Narrative...

[09/24/2008 14:35:23 : ANNAS]
E/M 76462.5 1434

[09/24/2008 14:26:42 : ANNAS]
B/M 76460.4 1425

[09/24/2008 14:14:19 : ANNAS]
C4

[09/24/2008 14:09:40 : ANNAS]
1095

[09/24/2008 13:56:30 : ANNAS]
C4

[09/24/2008 13:52:43 : ANNAS]
C4

[09/24/2008 13:49:54 : ANNAS]
1039

[09/24/2008 13:49:40 : ANNAS]
C4

[09/24/2008 13:48:49 : PATRICKP]
CALL DISPATCHED AS S86, THEN UPGRADED TO S29 ... PARTIES INVOLVED ARE SEPARATED AND HAVE CALMED DOWN .. S86

[09/24/2008 13:48:40 : ANNAS]

**LAWRENCEVILLE POLICE DEPARTMENT**

Call Number         080909060                          Printed  11/15/2010 11:10 AM

103

[09/24/2008 13:47:27 : PATRICKP]
PER COMPL, PERPS WILL BE IN FRONT OF THE STORE

[09/24/2008 13:47:04 : PATRICKP]
MALE PERP HAS SOMETHING IN THE POCKET ... UNSURE IF IT IS A S69

[09/24/2008 13:46:43 : PATRICKP]
BOTH PERPS ARE NOW THREATENING CLERK'S HUSBANDS

[09/24/2008 13:45:27 : PATRICKP]
THE CUSTOMERS ARE THREATENING STORE CLERK

[09/24/2008 13:45:09 : PATRICKP]
Landmark: CHEVRON
CUSTOMER DISPUTE ... 86 OVER GAS
78 B/F WEARING TAN SHIRT AND BLK PANTS
78 B/M WEARING WHI SHIRT BLK PANTS
Location Comment

**Call Dispositions**

| Date - Time | Disposition |
|---|---|
| 2008/09/24 16:39:51 | INCIDENT REPORT TAKEN |
| 2008/09/24 16:39:52 | ARREST REPORT MADE |

**Call Complaints**

| Date - Time | Complaint | Action By |
|---|---|---|
| 9/24/2008 13:45:35 | 86 | PATRICK |
| 9/24/2008 13:48:21 | 29 | PATRICK |

# LAWRENCEVILLE POLICE DEPARTMENT

Call Number 080909060                    Printed 11/15/2010 11:10 AM

## Call Log

| Unit | Status | Date - Time | Dept | Type | Comments | Officers | Odometer |
|---|---|---|---|---|---|---|---|
| 069 | DIS | 9/24/2008 13:45:31 | LPD | POL | 256 HURRICANE SHOALS RD, LAWRENCEVILLE | RONC | 0.0 |
| 132 | DIS | 9/24/2008 13:45:33 | LPD | POL | 256 HURRICANE SHOALS RD, LAWRENCEVILLE | BRIANW | 0.0 |
| 132 | ENR | 9/24/2008 13:45:56 | LPD | POL | 256 HURRICANE SHOALS RD, LAWRENCEVILLE | BRIANW | 0.0 |
| 081 | DIS | 9/24/2008 13:46:10 | LPD | POL | 256 HURRICANE SHOALS RD, LAWRENCEVILLE | ALANB | 0.0 |
| 069 | ENR | 9/24/2008 13:46:22 | LPD | POL | 256 HURRICANE SHOALS RD, LAWRENCEVILLE | RONC | 0.0 |
| 070 | ENR | 9/24/2008 13:46:46 | LPD | POL | 256 HURRICANE SHOALS RD, LAWRENCEVILLE | TIMA | 0.0 |
| 070 | ONS | 9/24/2008 13:48:37 | LPD | POL | 256 HURRICANE SHOALS RD, LAWRENCEVILLE | TIMA | 0.0 |
| 069 | ONS | 9/24/2008 13:49:13 | LPD | POL | 256 HURRICANE SHOALS RD, LAWRENCEVILLE | RONC | 0.0 |
| 006 | ENR | 9/24/2008 13:49:15 | LPD | POL | 256 HURRICANE SHOALS RD, LAWRENCEVILLE | CHRISC | 0.0 |
| 006 | ONS | 9/24/2008 13:49:19 | LPD | POL | 256 HURRICANE SHOALS RD, LAWRENCEVILLE | CHRISC | 0.0 |
| 081 | REM | 9/24/2008 13:50:02 | LPD | POL | REM | ALANB | 0.0 |
| 132 | REM | 9/24/2008 13:50:05 | LPD | POL | REM | BRIANW | 0.0 |
| 081 | ONS | 9/24/2008 13:52:38 | LPD | POL | 256 HURRICANE SHOALS RD, LAWRENCEVILLE | ALANB | 0.0 |
| 081 | REM | 9/24/2008 14:16:55 | LPD | POL | REM | ALANB | 1.0 |
| 069 | REM | 9/24/2008 14:29:14 | LPD | POL | REM | RONC | 0.0 |
| 006 | ARR | 9/24/2008 14:35:26 | LPD | POL | Reset Timeout, 256 HURRICANE SHOALS RD, LAWRENCEVI | CHRISC | 0.0 |
| 070 | REM | 9/24/2008 14:43:06 | LPD | POL | REM | TIMA | 0.0 |
| 006 | COM | 9/24/2008 16:39:54 | LPD | POL | COM | CHRISC | 0.0 |

| Unit | Dept | DIS | ENR | ONS | LEF | ARR | BUS | REM | COM |
|---|---|---|---|---|---|---|---|---|---|
| 006 | LPD |  | 13:49:15.5 | 13:49:19.9 |  | 14:35:26.3 |  |  | 16:39:54.1 |
| 069 | LPD | 13:45:31.5 | 13:46:22.0 | 13:49:13.8 |  |  |  | 14:29:14.6 |  |
| 070 | LPD |  | 13:46:46.0 | 13:48:37.2 |  |  |  | 14:43:06.9 |  |
| 081 | LPD | 13:46:10.5 |  | 13:52:38.0 |  |  |  | 14:16:55.6 |  |
| 132 | LPD | 13:45:33.5 | 13:45:56.6 |  |  |  |  | 13:50:05.4 |  |

**LAWRENCEVILLE POLICE DEPARTMENT**

| Call Number | 080909060 | | | Printed | 11/15/2010 11:10 AM |

## Unit Log

| Date-Time | Dept | Unit | Officer ID | Action | Comments |
|---|---|---|---|---|---|
| 14:03:12 | LPD | 070 | TIMA | Reset Timeout | Reset Timeout |
| 14:03:12 | LPD | 081 | ALANB | Reset Timeout | Reset Timeout |
| 14:03:12 | LPD | 006 | CHRISC | Reset Timeout | Reset Timeout |
| 14:03:12 | LPD | 069 | RONC | Reset Timeout | Reset Timeout |
| 15:35:55 | LPD | 006 | CHRISC | Reset Timeout | Reset Timeout |
| 16:06:08 | LPD | 006 | CHRISC | Reset Timeout | Reset Timeout |
| 16:36:02 | LPD | 006 | CHRISC | Reset Timeout | Reset Timeout |

## Call Persons

| Category | Last Name | First Name | Middle Name | Suffix | Crim Hist | RMS Alerts |
|---|---|---|---|---|---|---|
| | | Race | Sex | Ethnic | Height | Weight | Age | DOB | OLR |
| Business Name | | Description | | | | |
| ARRESTEE | JAIPERSAUD | DRUPATTY | NARAIKI | | ☐ | ☐ |
| | | W | F | | | 37 | 2/27/1971 | |

### Call Subject Statistics

| Question | Answer |
|---|---|
| | |

# SMF ATTACHMENT "E"



Sprint Nextel
Corporate Security
Mailstop KSOPHM0206
6480 Sprint Parkway
Overland Park, KS 66251
913-315-0660
Fax: 816-600-3161
amy.ware@sprint.com

12/30/2010

Albert Wan
Law Office of Albert Wan
1201 Peachtree Street NE
400 Colony Square, Suite 200
Atlanta, GA 30309

Sprint Case Number: 2010-343147
Your Referenced Case Number: 10CV455JEC

Dear Albert Wan,

Pursuant to the above-referenced case, I am enclosing records for the requested time period associated with the following:

Request Type:    CDR
Date Range:      9/24/2008 to 9/25/2008
Subject Number:  678-984-5119

Please see the attached records. As a regular business practice, Sprint Nextel only stores incoming digits and cell site information on its CDMA and iDEN networks for a finite period of time in an "online" call detail record (hereinafter, "CDR") archive. For both the CDMA network (formerly known as the Sprint PCS network), and for the iDEN network, (formerly known as the Nextel network), records are kept for approximately the most recent 18-24 month period from the date of processing. Sprint Nextel maintains CDR in the format of customer bills (which provide the date and time of an incoming call, but not the incoming digits or location information) for dates prior to the last 18-24 month period.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Request Type:    Subscription Info (Basic)
Date Range:      9/24/2008 to 9/25/2008
Subject Number:  678-984-5119

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* ACCOUNT DETAILS \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Billing Account Number (BAN): 656520246
Account Billing Address(es):
Effective: 9/18/2006
DRUPATTY NARAIN
1620 COOPER LAKES DR
GRAYSON, GA 30017

1

*************** SUBSCRIBER DETAILS ********************

Personal Telephone Number (PTN / MDN)
6789845119   Status Date: 11/4/2000 8:52:05 AM     Status: A

************EQUIPMENT*****************
Mobile Station Identification Number(s) (MSID(s))
000006789845119   Status Date: 9/2/2004    Status: A
000006789845119   Status Date: 11/4/2000 8:52:05 AM    Status: A

Electronic Serial Number (ESN(s)/MSN(s))
270113177613744273   Effective: 9/24/2007   Expiration:    Status:
************FEATURES*****************
America - Roaming Include  Effective: 9/24/2007   Expiration:
Anytime Minutes  Effective: 9/24/2007   Expiration:
Caller ID  Effective: 9/24/2007   Expiration:
Cellular Minutes  Effective: 9/24/2007   Expiration:
Domestic LD Rate $0  Effective: 9/24/2007   Expiration:
Enhanced VoiceMail  Effective: 9/24/2007   Expiration:
Long Distance While Roami  Effective: 9/24/2007   Expiration:
Mobile To Mobile Minutes  Effective: 9/24/2007   Expiration:
Modified Nights and Weeke  Effective: 9/24/2007   Expiration:
Shared Cell Minutes No Ti  Effective: 9/24/2007   Expiration:
Shared Cellular Minutes  Effective: 9/24/2007   Expiration: Active through Date Searched
Cellular Call Detail  Effective: 1/12/2007   Expiration:
Long Distance Minutes  Effective: 9/5/2000   Expiration:
========================================
********************************************
Should you have any questions or further inquiries, please contact the Sprint Nextel Subpoena Compliance Group at 866-259-7534.

Sincerely,


Amy Ware
Subpoena Compliance
Sprint Nextel Corporate Security
amy.ware@sprint.com

Enclosures

*Notice: If the records contained in the attached package are utilized in trial proceedings, and if you require a records custodian for authentication, be advised Sprint does not have local representatives. Sprint's Trial Team is located at our Corporate Headquarters in Overland Park, Kansas.  You will need to contact the Trial Team at CSTrialTeam@Sprint.com or call our office at 913-315-8775.  Our office will require at least two-weeks notice in addition to pre-paid travel arrangements by your office.

*Search results indicate one or more of the numbers listed on the above-referenced legal demand may belong to Boost, a Sprint prepaid phone service.  Our office maintains subscriber information for Boost accounts, but this information is often inaccurate or incomplete, as no identification is required when purchasing a Boost phone.  Payment information is also available for Boost accounts.  However, this information, while accurate, may not be complete.  As Boost accounts are prepaid, no bill reprints are available.  We are able to provide call detail records for iDEN and CDMA Boost accounts for the most recent 24-month period.

2



| Customer | Account Number | Bill Period | Bill Date | |
|---|---|---|---|---|
| Drupatty Narain | 656520246 | Sep 09 - Oct 08 | Oct 12, 2008 | **19 of 23** |

# Call details

### (678) 984-5119 (Continued)

| Date | Time | Phone Number | Call Destination | Rate Type | Minutes Used | Total Charges |
|---|---|---|---|---|---|---|



| 88 | 09/23 | | | | | | |
| 89 | | | | | | | |
| 90 | | | | | | | |
| 91 | | | | | | | |
| 92 | | | | | | | |
| 93 | | | | | | | |
| 94 | | | | | | | |
| 95 | 09/24 | 02:01 PM | 678-749-2786 | ATLANTA NE GA | MM/PU | 1 | |
| 96 | | | | | | | |
| ... | | | | | | | |
| 110 | 09/26 | | | | | | |

NW - Night and Weekends    PU - Plan/Promotional Usage    MM - Sprint Mobile to Mobile

# SMF ATTACHMENT "F"

# FILED BY HAND UNDER SEPARATE COVER