# D. JAIPERSAUD DECL. EXHIBIT "A"

