# D. JAIPERSAUD DECL. EXHIBIT "B"

