# D. JAIPERSAUD DECL. EXHIBIT "C"

