IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DRUPATTY JAIPERSAUD, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 10-CV-455-JEC |
| vs. | ) | |
| | ) | |
| TIMOTHY R. ASHLEY, in his individual capacity | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### DECLARATION OF ARNOLD JAIPERSAUD

I, Arnold Jaipersaud, make the following statements under penalty of perjury:

1. My name is Arnold Jaipersaud. The statements in this Declaration are true and correct and are made on the basis of my personal knowledge.

2. On September 24, 2008, I was working with my wife, Drupatty "Ann" Jaipersaud, at our gas station and convenience store on 256 Hurricane Shoals Road, Lawrenceville, Georgia.

3. There was a gas shortage in metro Atlanta at this time. As a result, we stopped selling gas to customers, with the exception of diesel. We did not post any

1

prices for gas at this time and the gas pumps in the station were shut off. We also sealed up with credit card slots on the gas pumps with paper and tape.

4. On September 24, 2008, early afternoon, an individual tried to purchase gas from one of the pumps. I later found out this person's name to be Mr. Leon Noble.

5. Mr. Noble was unsuccessful in completing his purchase at the pump. He then came into the store and demanded to know "why we stopped the fucking pumps."

6. Both my wife and I were standing behind the counter at this time. My wife and I explained to Mr. Noble that he couldn't complete his purchase because we were not selling any gas as we simply had no gas to sell. Mr. Noble still insisted to know why he could not buy any gas and started using racial slurs against my wife and me.

7. He even called us "coolies" which is a derogatory name directed at Indian people.

8. Mr. Noble then tried to provoke me to fight him by telling me to step outside of the store and saying that he would "kick the shit out of me." At this point, Mr. Noble's wife came running towards the store from their car and started to yell at Ann and myself.

9. Our encounter with the Nobles and the ensuing investigation by the police was recorded on the store's video surveillance system. A copy of the surveillance video in DVD format is attached as SMF Attachment "B" to the Plaintiff's Statement of Material Facts filed in support of her motion for partial summary judgment. (D.E. 47.)

10. I have reviewed this video. It truly and accurately depicts our gas station and convenience store as of September 24, 2008, as well as the events which led to the arrest of my wife, Ann.

11. Ann called 911 for assistance in dealing with Mr. and Mrs. Noble.

12. I pleaded with Mr. and Mrs. Noble to leave the store because they were disturbing our customers. They rejected my demands and insisted on staying at the store.

13. After several minutes, a few police cars pulled up to the gas station. Ann and I remained inside the store, while the Nobles stood outside by the front entrance.

14. The police first spoke to the Nobles. Officer Cone then came inside the store and said that he has received several complaints in the past about employees from this Chevron gas station calling customers racist names. He also said that we had probably called the Nobles racist names.

15. I explained to Officer Cone that the prior owner of the gas station and his wife had a reputation for getting into disputes with customers.[1] I also told him that neither Ann nor I called the Nobles any racist names.

16. Officer Cone then exited the store and Detective Ashley entered, followed by other officers. As with Officer Cone, I told Detective Ashley that we didn't call the Nobles any racist names. Having witnessed the entire exchange between my wife and Mr. Noble, I also told Ashley that Ann never touched or hit Mr. Noble.

17. Ann asked Detective Ashley why we were being accused of wrongdoing when we were the ones who had called the police in the first place.

18. Detective Ashley responded by warning us not to piss off those whose job it is to protect us since the next time someone shows up with a gun we would have to rely on them (the police) for protection.

19. Both my wife and I offered to show Detective Ashley the store's surveillance video. We had nothing to hide.

20. I explained to Ashley that neither Ann nor I knew how to operate the video surveillance system but that our son did. Ann provided Detective Ashley

---

[1] Ann and I became owners of the gas station in December 2007.

and another officer with a copy of the operating manual for the video surveillance system.

21.   Ann and I never prevented Ashley or any other police officer from accessing the video surveillance machine.

22.   At one point during the investigation, I offered to help Detective Ashley and the other officer in figuring out how to play back the surveillance video. They responded by saying they didn't need my help and that they "got it."

23.   Unable to figure out how to work the video surveillance system, Detective Ashley demanded to Ann that she get our son to the store immediately so he could assist playing the video.

24.   Ann explained to Detective Ashley that our son was at that point attending classes in Clayton State University and would not be able to come to the store until later. Detective Ashley still insisted that Ann get our son to the store immediately or else he (Ashley) would arrest Ann. I was standing next to both Ann and Detective Ashley during this exchange.

25.   Ann tried calling our son on his cell phone but could not reach him. Ann then requested that Detective Ashley himself try to call our son. Ashley appeared offended by this suggestion and continued to demand that Ann find a way to get our son to the store at that very moment.

26. Ann then became upset and told Detective Ashley that he couldn't come into our store and speak to us in such a manner (as if we were the ones who had committed a crime). In response, Detective Ashley grabbed Ann by the arm and dragged her out of the store. I followed both of them out the store.

27. After Detective Ashley arrested Ann, I asked him if this was the way police officers treated people who own businesses in the community here. Detective Ashley responded very aggressively by pointing his finger in my face and threatening me with arrest if I kept criticizing the way the police operate.

28. I asked another officer[2] if it was right to arrest Ann when she was the one who had called 911 for help and he said something to the effect of "the customer is always right," referring to the Nobles and their accusations of wrongdoing by Ann and myself.

Further Affiant sayeth not. Sworn to under penalty of perjury.

Dated: 02-28-11

*Arnold Jaipersaud*
Arnold Jaipersaud

---

[2] While I don't remember this officer's name, I remember that he was wearing a yellow shirt and that he had a partially bald head.