IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DRUPATTY JAIPERSAUD, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 10-CV-455-JEC |
| vs. | ) | |
| | ) | |
| TIMOTHY R. ASHLEY, in his individual capacity | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF LESLIE NARAIN

I, Leslie Narain, make the following statements under penalty of perjury:

1. My name is Leslie Narain. I am over eighteen years of age. I suffer from no legal disabilities. The following statements are true and correct and are made on the basis of my personal knowledge.

2. My mother's name is Drupatty Jaipersaud. My stepfather's name is Arnold Jaipersaud.

3. I am currently a student at Clayton State University, which is located in Morrow, Clayton County, and will be graduating in 2012 with a degree in nursing.

4.   I also work part-time at my mom's Chevron gas station on Hurricane Shoals Road in Lawrenceville, stocking the cooler, running the cash register and other related tasks. I have been doing this ever since my mom took over the gas station around December 2007.

5.   On September 24, 2008, I was attending class at Clayton State.

6.   I had a cell phone at the time my mom was arrested. The number was (678) 749-2786 and the provider was Sprint.

7.   I do not answer my cell phone when I am in class and generally put the phone in silent mode or just turn it off completely.

8.   It takes about an hour to drive from the gas station to Clayton State University when there is no traffic.

9.   I found out for the first time that the police had arrested my mother at the gas station when I got back home from class, late afternoon on September 24th.

10.   At the time my mother was arrested, we had installed at the gas station a video surveillance system. This system was difficult to operate. Neither my mom nor my father knew how to do it and they would either ask me or an outside specialist if they needed to access the system.

11. The video surveillance system came with an operating manual. I would refer to this manual from time to time when I helped my parents operate the video surveillance system.

12. The video surveillance system itself is similar to a DVR-based video recording system used for cable TV in which video footage is recorded directly on a hard drive (as opposed to a videotape or some other form of media). The machine also had a CD burner so someone could burn on to a CD video footage that had been previously recorded on the hard drive.

13. After my mom's arrest, I used the video surveillance system to burn CDs containing the footage that had been recorded by the station's surveillance cameras during the day of her arrest. I then combined the footage from these CDs (14 in total) into a single DVD.

14. A copy of this DVD is attached as SMF Attachment "B" to the Plaintiff's Statement of Materials Facts filed in support of her motion for partial summary judgment against Mr. Ashley.

15. The 14 original CDs upon which this DVD is based are attached to this declaration and hereafter referred to collectively as Narain Decl. Ex. "A".

16. I used the software program Windows Moviemaker to create the DVD [SMF Attachment "B"]. In doing so, I had to edit the videos contained on the 14

original CDs, attached hereto as Narain Decl. Ex. "A" solely for the purpose of combining them into a single DVD and creating a user-friendly menu that shows up when you play the DVD. I did not otherwise edit or alter the surveillance footage captured on the date of my mom's arrest in any way.

17. I have watched the video contained on this DVD and the 14 original CDs. They do fairly and accurately depict the gas station and the store in which my mom was arrested and are an accurate representation of the gas station's surveillance video footage taken on the day of September 24, 2008.

18. The video contained on the DVD [SMF Exhibit "B"] is also date stamped, September 24, 2008, and time stamped, beginning at approximately 12:30:08 hours and ending at approximately 13:24:56 hours.[1]

19. The times indicated on the surveillance video are one hour behind because the video surveillance machine was not adjusted for daylight savings time.

20. This is the same DVD [SMF Attachment "B"] that was played for the jury at my mom's criminal trial before the jury found her "not guilty" on all charges.

---

[1] This starting and ending run time is for footage taken from the store's front entrance surveillance camera. The DVD also contains footage recorded on two other surveillance cameras and the run-times for that footage mirror those for the front entrance video footage.

21. Mr. Ashley, the officer who arrested my mom, never returned to the store to view or ask about the video after he arrested my mom.

Further Affiant sayeth not. Sworn to under penalty of perjury.

Dated: FEBRUARY 28, 2011

_____
Leslie Nardin