IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DRUPATTY JAIPERSAUD, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 10-CV-455-JEC |
| vs. | ) | |
| | ) | |
| TIMOTHY R. ASHLEY, in his individual capacity | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## DECLARATION OF
## RAMON ALVARADO, ESQ.

I, Ramon Alvarado, Esq., make the following statements under penalty of perjury:

1. The following statements are true and correct and are made on the basis of my personal knowledge.

2. I am a criminal defense attorney and my practice is based primarily in Gwinnett County.

3. I represented Ms. Drupatty Jaipersaud in her criminal case involving the incident that is now the subject of this litigation.

1

4. A jury trial was held in Gwinnett County State Court before Judge Pamela D. South from February 24, 2009 to February 25, 2009 in Ms. Jaipersaud's criminal matter. I represented Ms. Jaipersaud throughout this trial.

5. In preparing for the trial, I obtained the surveillance video that was recorded at Ms. Jaipersaud's gas station and convenience store during the date, September 24, 2008, and time of the incident.

6. Leslie Narain, Ms. Jaipersaud's son, assisted me in this effort by providing me with a copy of a DVD containing this surveillance footage. I introduced this DVD as evidence during Ms. Jaipersaud's trial.

7. This same DVD that is attached as SMF Attachment "B" to the Plaintiff's Statement of Material Facts filed in support of her motion for partial summary judgment against Timothy Ashley and that Mr. Albert Wan, Ms. Jaipersaud's attorney in the above-captioned matter, now seeks to introduce in the present case.

8. I have reviewed this DVD and it does accurately and fairly depict the surveillance footage that was recorded at Ms. Jaipersaud's gas station and convenience store on the date of the incident.

9. During Ms. Jaipersaud's trial, I played portions of this DVD for the jury. These portions were based on a stipulation that I had entered into with the prosecutor in Ms. Jaipersaud's case, Mr. David Young, prior to trial.

10. Generally, these portions covered Ms. Jaipersaud's exchange with Mr. Leon Noble and Mrs. Nathalie Noble; the ensuing investigation conducted by officers of the Lawrenceville Police Department, including interactions between Ms. Jaipersaud and Timothy Ashley, the defendant in this case; and interactions between Mr. Ashley and Ms. Jaipersaud's husband, Mr. Arnold Jaipersaud.

11. At the conclusion of the trial, Ms. Jaipersaud was found "not guilty" by the jury on all charges.

Further Affiant sayeth not. Sworn to under penalty of perjury.

Dated: March 3rd, 2011

Ramon Alvarado, Esq.
GA Bar # 142259