IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DRUPATTY JAIPERSAUD, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 10-CV-455-JEC |
| vs. | ) | |
| | ) | |
| TIMOTHY R. ASHLEY, in his individual capacity | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MANUAL FILING

Please take notice that plaintiff has manually filed the following documents or things in support of her motion for partial summary judgment against Defendant Timothy Ashley:

1. An authenticated, true and correct copy of a September 24, 2008 surveillance video recording in DVD format, attached to Plaintiff's Local Rule 56.1.B(1) Statement of Materials Facts as SMF Attachment "B".

2. A certified, original copy of the transcript in State v. Drupatty Jaipersaud, Case No. 08-D-8932-6, Gwinnett County State Court, attached to Plaintiff's Local Rule 56.1.B(1) Statement of Materials Facts as SMF Attachment "F".

3. A certified, original copy of the accusation in State v. Drupatty Jaipersaud, Case No. 08-D-8932-6, Gwinnett County State Court, attached to Plaintiff's Local Rule 56.1.B(1) Statement of Materials Facts as SMF Attachment "I".

4. A certified, original copy of the final disposition in State v. Drupatty Jaipersaud, Case No. 08-D-8932-6, Gwinnett County State Court, attached to Plaintiff's Local Rule 56.1.B(1) Statement of Materials Facts as SMF Attachment "J".

5. A set of fourteen (14) CDs identified in paragraph 15 of the Declaration of Leslie Narain and attached to such declaration as Narain Decl. Ex. "A".

The above documents or things were not filed electronically because they are either in a format that does not allow for electronic filing, or are certified, originals, which cannot be filed electronically, and have been manually served on all parties.

Respectfully submitted this 3rd day of March 2011.

/s/ Albert Wan
Georgia Bar No. 334224
albert@albertwanlaw.com
Attorney for Plaintiff

1201 Peachtree Street
400 Colony Square, Suite 200
Atlanta, GA 30361
404-872-7760 – Tel.
404-872-7764 – Fax

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2011, I electronically filed the attached with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Kendrick K. McWilliams, Esq.
Attorney for Defendants
Shivers & Associates
Caller Service No. 1808
Alpharetta, GA 30023-1808
678-317-7104 – Tel.
678-317-8917 – Fax
kmcwilli@travelers.com – Email

/s/ Albert Wan
Georgia Bar No. 334224
Attorney for Plaintiff

1201 Peachtree Street
400 Colony Square, Suite 200
Atlanta, GA 30361
404-872-7760 – Tel.
404-872-7764 – Fax
albert@albertwanlaw.com – Email