Exhibit A

# INCIDENT REPORT — LAWRENCEVILLE POLICE DEPARTMENT

Page 1 of 3

| Case Number | Date of Complaint | Unit/Division | Reporting Officer | Badge # | Incident ☒ Arrest ☒ | Information ☐ |
|---|---|---|---|---|---|---|
| 080909060 | 9/24/2008 | UNIF | R. CONE | 69 | | |

| Incident Type | Date/Time of Occurrence (from) | Date/Time of Occurrence (to) |
|---|---|---|
| DISORDERLY CONDUCT | 9/24/2008 1340 | 9/24/2008 1345 |

Attempt Only: ☐ Yes ☒ No    Weapon/Tool Used:

| Incident Address | City | State | Zip | Location Type |
|---|---|---|---|---|
| 256 HURRICANE SHOALS RD | LAWRENCEVILLE | GA | 30045 | CONV STORE |

Business Name: CHEVRON
Subdivision / Apartment Complex:

| | | | |
|---|---|---|---|
| At School: ☐ Yes ☒ No | Alcohol Related: ☐ Yes ☒ No | Family Violence: ☐ Yes ☒ No | Housing Authority: ☐ Yes ☒ No |
| Juvenile Victim: ☐ Yes ☒ No | Drug Related: ☐ Yes ☒ No | Hate Crime: ☐ Yes ☒ No | Under Construction: ☐ Yes ☒ No |
| Juvenile Witness: ☐ Yes ☒ No | ☐ User ☐ Motivation ☐ Seller | Gang Related: ☐ Yes ☒ No | Premise Vacant: ☐ Yes ☒ No |
| Juvenile Offender: ☐ Yes ☒ No | Drug Type: | Special Event: ☐ Yes ☒ No | Forced Entry: ☐ Yes ☒ No |
| Weather: INDOORS | Lighting: INDOORS | Event: | Security Devices: SURV VID. |

**PERSONS INVOLVED**    Number of Victims: 2    Number of Witnesses: 2    Number of Offenders: 1

| Person Code: VIC. 1 | Prosecute/Testify: ☒ Yes ☐ No | Name: (L/F/M) ☒ Adult ☐ Juvenile ☐ Business ☐ Government ☐ Police — NOBLE, LEON | Race: B | Sex: M | DOB: 7/24/1978 |
|---|---|---|---|---|---|

Notified of Victim's Rights: ☐ Yes ☐ No ☐ Not Applicable
Address: 352 DOWNING STREET LAWRENCEVILLE, GA 30045
Sobriety: ☒ Sober ☐ UI Alcohol ☐ Unk ☐ UI Drugs
Temporary Address:                    Until:
School:    Occupation/Employer:    Home Phone: 678-373-1846    Work Phone: 516-729-2507
Relationship to Offender:    Injury: ☒ None ☐ Minor ☐ Serious ☐ Fatal    Location of Injury on Body:    Type of Injury:
Medical Treatment ☐ Yes ☐ No    Hospital/Medical Facility:    If no injury, describe threat or act:

| Person Code: WIT. 1 | Prosecute/Testify: ☒ Yes ☐ No | Name: ☒ Adult ☐ Juvenile ☐ Business ☐ Government ☐ Police — NOBLE, NATHALIE | Race: B | Sex: F | DOB: 4/28/1970 |
|---|---|---|---|---|---|

Notified of Victim's Rights: ☐ Yes ☐ No ☐ Not Applicable
Address: 352 DOWNING STREET LAWRENCEVILLE, GA 30045
Sobriety: ☐ Sober ☐ UI Alcohol ☐ Unk ☐ UI Drugs
Temporary Address:                    Until:
School:    Occupation/Employer:    Home Phone: 678-373-1846    Work Phone:
Relationship to Offender:    Injury: ☐ None ☐ Minor ☐ Serious ☐ Fatal    Location of Injury on Body:    Type of Injury:
Medical Treatment ☐ Yes ☐ No    Hospital/Medical Facility:    If no injury, describe threat or act:

| Person Code: WIT 2 | Prosecute/Testify: ☒ Yes ☐ No | Name: ☐ Adult ☐ Juvenile ☐ Business ☐ Government ☒ Police — DETECTIVE T ASHLEY | Race: | Sex: | DOB: |
|---|---|---|---|---|---|

Notified of Victim's Rights: ☐ Yes ☐ No ☐ Not Applicable
Address: 20 SOUTH CLAYTON ST LAWRENCEVILLE, GA 30045
Sobriety: ☐ Sober ☐ UI Alcohol ☐ Unk ☐ UI Drugs
Temporary Address:                    Until:
School:    Occupation/Employer:    Home Phone:    Work Phone: 770-963-2443
Relationship to Offender:    Injury: ☐ None ☐ Minor ☐ Serious ☐ Fatal    Location of Injury on Body:    Type of Injury:
Medical Treatment ☐ Yes ☐ No    Hospital/Medical Facility:    If no injury, describe threat or act:

1. Were Children Involved? ☐ Yes ☐ No    2. Was act committed with children present? ☐ Yes ☐ No
3. Number of previous complaints as advised by victim: ☐ 0 ☐ 1-5 ☐ 6-10 ☐ More than 10 ☐ Unknown
4. Existence of prior court orders ☐ Yes ☐ No ☐ Unknown
5. Was victim advised of available remedies and services? ☐ Yes ☐ No

6. Type and extent of alleged abuse by the primary aggressor (mark all that apply) ☐ Fatal Injury ☐ Permanent Physical Disability ☐ Temporary Disability ☐ Broken Bones ☐ Gun/Knife Wounds ☐ Superficial Injuries ☐ Property Damage/Theft ☐ Threats ☐ Abusive Language ☐ Sexual Abuse ☐ Other

7. Police action taken: ☐ Arrest ☐ Citation ☐ Separation ☐ Mediation ☐ Other ☐ None
If no arrest made, why not? ☐ Juvenile ☐ Primary Aggressor was not at scene ☐ Insufficient Probable Cause ☐ Other reason(s)

8. How was primary aggressor identified? ☐ Physical Evidence ☐ Testimonial Evidence ☐ Other

9. Did investigation indicate involvement of substance abuse? ☐ Yes ☐ No
If yes, indicate substance(s) used by primary aggressor and/or victim:   Aggressor: ☐ Drugs ☐ Alcohol   Victim: ☐ Drugs ☐ Alcohol

10. Relationship of primary aggressor to victim(s): ☐ Present Spouse ☐ Former Spouse ☐ Parent ☐ Child ☐ Step-Parent ☐ Step-Child ☐ Foster Parent ☐ Foster Child ☐ None of the above but lives in the same household or lived in the same household

I.D. Services Performed ☐ Photos ☐ Latent Prints ☐ Composite Sketch    Performed By:

| Case Status | Date of Clearance | Case to CID | Investigator Assigned |
|---|---|---|---|
| ☐ Active ☐ Unfounded ☐ Excleared ☒ Cleared by Arrest | 9/24/2008 | ☐ Yes ☒ No | |

Stranger to Stranger ☐ Yes ☐ No ☐ Unknown ☒ N/A    Handled by Uniform Division ☒ Yes ☐ No    T.O.T.
Case Type: ☒ Reported ☒ Witnessed by Officer ☐ Officer Initiated

080909060

Revised April 2007

Case # 080909060

# INCIDENT REPORT (back)

## ARRESTED PERSON / SUSPECT / MISSING PERSON DATA

**Left Subject:**
- ☒ Arrest ☐ Citation ☐ Suspect ☐ Missing Person ☐ Primary Aggressor
- Name: JAIPERSAUD, DRUPATTY
- DOB: 2/27/1971
- Sex: F
- ☐ Alias ☐ Associate
- Address: 1620 COOPER LAKE DR, GRAYSON, GA 30017
- Home Phone: 678-225-5801
- Work Phone: 770-995-7666
- Sobriety: ☒ Sober ☐ U/I Alcohol ☐ U/I Drugs ☐ U/I Combination ☐ Unknown
- Drug Activity: ☐ None ☐ Buyer ☐ Seller ☐ Possess ☐ Use ☐ History
- Charges: DISORDERLY CONDUCT
- Warrant/Citation #: 292903

**Right Subject:** (blank)
- ☐ Arrest ☐ Citation ☐ Suspect ☐ Missing Person ☐ Primary Aggressor

## MISSING PERSONS
(blank)

## VEHICLE
(blank)

## PROPERTY CRIMES
(blank)

## ADMIN
- Reporting Officer / Badge #: #69
- Approving Supervisor / Badge #: [signature] A.K 57

Revised April 2007

# LAWRENCEVILLE POLICE DEPARTMENT
# INCIDENT REPORT NARRATIVE
# CASE NUMBER 080909060

On September 24, 2008 at about 1:48 P.M. police units were dispatched to a fight at the Chevron station at 256 Hurricane Shoals Rd. When I arrived I saw a black male and female standing outside. Detective T. Ashley arrived at the same time and the couple approached his vehicle.

Mr. Leon Noble and Mrs. Nathalie Noble told us that they pulled up to a gas pump. Mr. Noble inserted his credit card into the pump and saw a message to see the clerk. He then went inside as instructed. When he walked in he was told that there was no gas. He suggested that there should be some sign or bag over the pumps.

The clerk/owner, Drupatty Jaipersaud, yelled at him that he was a "stupid nigger". She then came towards him and slapped him on the hand. Mrs. Noble stated that she only saw her husband backing away towards the door.

Mrs. Jaipersaud stated that Mr. Noble was the one yelling and called her and her husband "cooley". Mr. Jaipersaud told me that cooley is a racist term for someone from India. I was then told that they were not from India. Mrs. Jaipersaud wanted me to file a police report for the incident.

This call was at least the third time I have responded to a dispute where the customer was allegedly assaulting Mrs. Jaipersaud. All three times the customer stayed outside and waited for the police to arrive. They all advised that the clerk, Mrs. Jaispersaud, used racially derogative terms towards them. On the prior calls Mrs. Jaipersaud advised that I would be unable to view the videotape for reasons forgotten.

Detective Ashley was inside the store with Mrs. Jaipersaud and was attempting to view the videotape. I was outside the store speaking to Mr. and Mrs. Noble when Detective Ashley came outside with Mrs. Jaipersaud in handcuffs. He placed her under arrest for disorderly conduct.

I explained the court process to the Nobles' while Detective completed his citation. Officer C. Carrier transported Mrs. Jaipersaud to the Gwinnett County Detention Center and released her to the deputies on duty.

Officer R. Cone   #69



9060

## Gwinnett County Detention Center

# Booking Information Sheet



| Booking Number | Offender ID | Last Name | First Name | Middle Name | DOB | Birth Place | Country |
|---|---|---|---|---|---|---|---|
| 2008077580 | 99374733 | JAIPERSOUD | DRUPATTY | | 02/27/1971 | GUYANA | GUY |

### Address

| Address | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|
| | 1620 COOPER LAKES DRIVE | GRAYSON | GA | 30017 | USA |

### Charges

| Booking Number | Warrant# | Code Section | Statute | Fel Misd Traffic/Hold | Description | Bond | Bond Typ |
|---|---|---|---|---|---|---|---|
| 2008077580 | L292903 DEODATH, TAIJPAUL | L31-101 1335 TURNERS RIDGE DRIVE, | LAW NORCROSS, GA 30093 | T | *DISORDERLY CONDUCT 404 4515389 | 406 | CB |

### Descriptors

| ID Number | Booking # | Booking Begin Date | Booking End Date | Identifier Type | Identifier |
|---|---|---|---|---|---|
| 99374733 | 2008077580 | 9/24/2008 | 9/24/2008 | HEIGHT | 503 |
| 99374733 | 2008077580 | 9/24/2008 | 9/24/2008 | BUILD | MED |
| 99374733 | 2008077580 | 9/24/2008 | 9/24/2008 | WEIGHT | 118 |
| 99374733 | 2008077580 | 9/24/2008 | 9/24/2008 | CITIZEN | USA |
| 99374733 | 2008077580 | 9/24/2008 | 9/24/2008 | RACE | W |
| 99374733 | 2008077580 | 9/24/2008 | 9/24/2008 | EYE_COLOR | BRO |
| 99374733 | 2008077580 | 9/24/2008 | 9/24/2008 | FACIAL_HAIR | NO |
| 99374733 | 2008077580 | 9/24/2008 | 9/24/2008 | HAIR_COLOR | BLK |
| 99374733 | 2008077580 | 9/24/2008 | 9/24/2008 | CULTURE | MID |
| 99374733 | 2008077580 | 9/24/2008 | 9/24/2008 | YOUTH | N |
| 99374733 | 2008077580 | 9/24/2008 | 9/24/2008 | WORK CLEARED | N |

### Identifiers

| ID Number | SSN/State ID Card/SID/FBI/DL etc. | Other ID Number |
|---|---|---|
| 99374733 | SSN | 259670268 |

### Scars, Marks, Tattoos

| Booking Number | Image Type | Body Part | Orientation | Description |
|---|---|---|---|---|
| 2008077580 | SCAR | HAN | SIDE | BURN |

### Employment

| Booking Number | Occupation | Employer Name |
|---|---|---|
| 2008077580 | Service Industry | CHEVERON GAS STATION |

### Arresting Agency and Booking Officer

| Booking Number | Arresting Agency | Arresting Officer | Booking Officer |
|---|---|---|---|
| 2008077580 | LAWYER | ashley | dyals |
| 2008077580 | LAWRENCEVILLE | ashley | dyals |
| 2008077580 | Lawrenceville Police | ashley | dyals |
| 2008077580 | Lawrenceville City Court | ashley | dyals |
| 2008077580 | Law Enforcement | ashley | dyals |
| 2008077580 | Police Interview | ashley | dyals |

DPS-32(6/2008)

**GEORGIA**
**UNIFORM TRAFFIC CITATION, SUMMONS, ACCUSATION/WARNING**

\* 2 9 2 9 0 3 \*

Court Case Number: 080909060
NCIC Number: SS NR-GA 0670300
Citation Number: 292903

**CITY OF LAWRENCEVILLE**

Upon Month: 9  (Day) 24  (Year) 2008  at 1348  ☐ A.M. ☒ P.M.

**SECTION I - VIOLATOR**

Operator License No.: NOT DRIVING
License Class or Type: — State: — Endorsement: — Expires: —
Name: JAIPERSAUD (Last), DRUPATHY (First), NADAIN (Middle)
Address: 1620 COOPER LAKES DR.
City: GRAYSON  State: GA  Zip Code: 30017
DOB: 2/27/71  Hair: BLK  Hgt: 5'03"  Wgt: 118  Sex: F  Race: — Eyes: BRO
Veh. Yr.: —  Make: N/A  Style: —  Color: —
Registration No.: N/A  County: —  Yr.: —  State: —

COMMERCIAL DRIVER LICENSE ☐ YES ☒ NO    COMMERCIAL VEHICLE ☐ YES ☐ NO    ACCIDENT ☐ YES ☐ NO

(ONE VIOLATION PER CITATION)
Within the State of Georgia, did commit the following offense: SPEEDING - Clocked by ☐ VASCAR ☐ LASER ☐ RADAR ☐ PATROL VEHICLE ☐ OTHER
(Serial # _____) Calibration / Check _____) at _____ MPH in a _____ zone
☐ DUI (Test administered: ☐ BLOOD ☐ BREATH ☐ URINE ☐ OTHER)   DUI Test results _____
TEST ADMINISTERED BY (If applicable) _____

**SECTION II - VIOLATION**

OFFENSE (Other than above): Disorderly Conduct
In Violation of Code Section: 31-101(C)(K)  Lawrenceville; of ☐ State Law ☒ Local Ordinance
REMARKS: Accused struck patron while conducting business then refused to cooperate w/ police

PLACE OF EMPLOYMENT: —

| WEATHER | (A) ROAD (B) | TRAFFIC | LIGHTING | COMMERCIAL VEHICLE INFORMATION |
|---|---|---|---|---|
| ☒ Clear<br>☐ Cloudy<br>☐ Raining<br>☐ Other | ☐ Dry   ☐ Concrete<br>☐ Wet  ☒ Blacktop<br>☐ Ice   ☐ Dirt<br>☐ Other ☐ Other | ☐ Light<br>☒ Medium<br>☐ Heavy | ☒ Daylight<br>☐ Darkness<br>☐ Other | ☐ Commercial Vehicle Violation<br>☐ Hazardous Materials Violation (PLACARD) |

NIC NO. SS NR-GA 0670300

**SECTION III - LOCATION**

County of: Gwinnett
256 Hurricane Shoals Rd.  _____ miles  _____ of (city) Lawrenceville
on _____ mile post _____ ☒ within (city) Lawrenceville
at/on (secondary location): White Hall Lane
OFFICER: Ashley (Print)  Badge # 70  Div. CID

You are hereby ordered to appear in the court indicated below to answer this charge on
(DATE) NOV. 5, 2008  at (TIME) 9:00  ☒ AM / ☐ PM

See back of citation for mailing address to MUNICIPAL COURT only.
☒ Municipal Court at 70 S. Clayton Street, Lawrenceville, Georgia (PHONE) 770-963-3288
☐ Superior Court 770-822-8400   ☐ State Court 770-822-8300   ☐ Juvenile Court 770-619-6300

Pay Online at: lawrencevillegatix.com   or   call 800-701-8560

**SECTION IV - SUMMONS**

Pursuant to Georgia Code 17-6-11, a drivers license may be displayed to the officer in lieu of bail. SERVICE: This notice shall constitute official service to you that failure to dispose of this citation as outlined above shall be deemed a violation of this code section and shall cause the designated Court in this matter to forward your drivers license number to the Department of Public Safety, and your drivers license shall be placed in suspension. The suspension shall remain in effect until such time as the designated court, in the manner prescribed, notifies the Department of Public Safety of a satisfactory disposition in this matter. (NOTE: If drivers license is not displayed in lieu of bail, Georgia Code 40-5-56 provides for the suspension of the drivers license of a person who fails to respond to a citation to appear before a designated court.)

LICENSE DISPLAYED IN LIEU OF BAIL  ☐ YES  ☐ NO  RELEASED TO _____
SIGNATURE ACKNOWLEDGES SERVICE OF THIS SUMMONS AND RECEIPT OF COPY OF SAME

SIGNATURE: JAI  PHONE #: _____

**SECTION V - OFFICER CERTIFICATION**

**ARRESTING OFFICER CERTIFICATION**
The undersigned has just and reasonable grounds to believe, and does believe, that the person named herein has committed the offense set forth, contrary to law.

SIGNATURE: [signed] Ashley  Badge # 70
Signature of Arresting Officer

AUTHORIZED AND APPROVED PURSUANT TO:
CODE 40-13-1 - D.P.S. REG. 570.19

ISSUING DEPT. COPY



# LAWRENCEVILLE POLICE DEPARTMENT
## CRIMINAL INVESTIGATIONS DIVISION
### SUMMARY REPORT
### DETECTIVE T. R. ASHLEY
### CASE # 080909060

On 09/24/08 I responded to a fight in progress call at the Chevron Station at 56 Hurricane Shoals Road. On my arrival I found the victim, Leon Noble, and his wife, Nathalie Noble, standing outside at the front door. The victim advised me that he and his wife stopped to get gas, and when the victim went inside the store the female who owns the store, Drupatty Narain Jaipersaud, advised him they had no gas. The victim stated that when he suggested some type of written communication be posted allowing others to know there was no gas, the female started shouting at him and called him a nigger. He went on to say that after the owner called him a nigger she struck him on the arm with her open hand. When I went inside and spoke to the owner and her husband, she stated she had done nothing wrong. Officer Cone then advised me there had been several calls at that store regarding customers complaining the female owner of the store had shouted racist comments to them and called the customers racist names. I asked the owner to show me the video coverage for the past several minutes and she said she couldn't pull the video up. Officer Wiernik tried to work the video machine but was unsuccessful. I asked Ms. Jaipersaud how the video machine could be accessed and she said her son knew how. I asked her to call him and have him en route to the store. She became very upset and told me not to come into her place of business and tell her what to do. She then walked up to me in a very offensive way shouting and waving her hands. I placed her under arrest for Disorderly Conduct and placed her in

the back of Officer Carrier's patrol car. After obtaining the defendant's information and writing the citation she advised me she needed to use the bathroom. I then took her out of the patrol car and escorted her inside the store and removed the handcuffs. The defendant used the bathroom then asked if she could make a phone call. I explained to her she would be allowed to use the phone from the jail. I handcuffed the defendant again double locking the cuffs and placed her back in Officer Carrier's patrol car without incident. The defendant's husband asked me where she would be taken and I told him she was going to the Gwinnett County Jail. I then explained he would be able to bond her out within a couple of hours.

After returning to my office I contacted dispatch and checked if there had been other similar calls there. I found there had been at least five (5) prior calls at that store including several domestic calls involving the owner and a call where the owner threatened another customer.