Exhibit B

# INCIDENT REPORT — LAWRENCEVILLE POLICE DEPARTMENT

Page 1 of 3

| Case Number | Date of Complaint | Unit/Division | Reporting Officer | Badge # | Incident ☒ | Information ☐ |
|---|---|---|---|---|---|---|
| 08-08-06941 | 08/22/08 | UNIFORM | B. Welch | 132 | Arrest ☐ | |

| Incident Type | Date / Time of Occurrence (from) | Date / Time of Occurrence (to) |
|---|---|---|
| SIMPLE ASSAULT | 08/21/08  1830 | 08/21/08  1900 |

Attempt Only: ☐ Yes ☒ No    Weapon / Tool Used:

**JUVENILE**

| Incident Address | City | State | Zip | Location Type: |
|---|---|---|---|---|
| 256 HURRICANE SHOALS RD | LAWRENCEVILLE | GA | 30045 | BUSINESS |

| Business Name | Subdivision / Apartment Complex |
|---|---|
| CHEVRON | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| At School: | ☐ Yes ☒ No | Alcohol Related: | ☐ Yes ☒ No | Family Violence: | ☐ Yes ☒ No | Housing Authority: | ☐ Yes ☒ No |
| Juvenile Victim | ☐ Yes ☒ No | Drug Related: | ☐ Yes ☒ No | Hate Crime: | ☐ Yes ☒ No | Under Construction: | ☐ Yes ☒ No |
| Juvenile Witness | ☐ Yes ☒ No | ☐ User ☐ Motivation ☐ Seller | | Gang Related: | ☐ Yes ☒ No | Premise Vacant: | ☐ Yes ☒ No |
| Juvenile Offender | ☐ Yes ☒ No | Drug Type: | | Special Event: | ☐ Yes ☒ No | Forced Entry: | ☐ Yes ☒ No |
| Weather: | | Lighting: | | Event: | | Security Devices: | |

## PERSONS INVOLVED

Number of Victims: 01    Number of Witnesses: 01    Number of Offenders: 01

| Person Code: V1 | Prosecute/Testify ☒ Yes ☐ No | Name: (L/F/M) ☒ Adult ☐ Juvenile ☐ Business ☐ Government ☐ Police  BROOKS, NADINE | Race: B | Sex: F | DOB: 10/25/1956 |
|---|---|---|---|---|---|

Notified of Victim's Rights: ☒ Yes ☐ No ☐ Not Applicable
Address: 522 DOWNING ST LAWRENCEVILLE, GA 30045
Sobriety: ☒ Sober ☐ UI Alcohol ☐ Unk ☐ UI Drugs
Temporary Address:                                    Until:
School:
Occupation/Employer:
Home Phone: (678) 984-6137    Work Phone: (678) 242-8443
Relationship to Offender: NONE
Injury: ☒ None ☐ Minor ☐ Serious ☐ Fatal
Location of Injury on Body:    Type of Injury:
Medical Treatment ☐ Yes ☒ No
Hospital / Medical Facility:
If no injury, describe threat or act:

| Person Code: W1 | Prosecute/Testify ☒ Yes ☐ No | Name: (L/F/M) ☐ Adult ☒ Juvenile ☐ Business ☐ Government ☐ Police  BROOKS, MARIAH | Race: B | Sex: F | DOB: 10/7/1991 |
|---|---|---|---|---|---|

Notified of Victim's Rights: ☐ Yes ☒ No ☐ Not Applicable
Address: 522 DOWNING ST LAWRENCEVILLE, GA 30045
Sobriety: ☐ Sober ☐ UI Alcohol ☐ Unk ☐ UI Drugs
Temporary Address:                                    Until:
School:
Occupation/Employer:
Home Phone: (678) 984-6137    Work Phone:
Relationship to Offender: NONE
Injury: ☒ None ☐ Minor ☐ Serious ☐ Fatal
Location of Injury on Body:    Type of Injury:
Medical Treatment ☐ Yes ☒ No
Hospital / Medical Facility:
If no injury, describe threat or act:

| Person Code: | Prosecute/Testify ☐ Yes ☐ No | Name: (L/F/M) ☐ Adult ☐ Juvenile ☐ Business ☐ Government ☐ Police | Race: | Sex: | DOB: |
|---|---|---|---|---|---|

Notified of Victim's Rights: ☐ Yes ☐ No ☐ Not Applicable
Address:
Sobriety: ☐ Sober ☐ UI Alcohol ☐ Unk ☐ UI Drugs
Temporary Address:                                    Until:
School:
Occupation/Employer:
Home Phone:    Work Phone:
Relationship to Offender:
Injury: ☐ None ☐ Minor ☐ Serious ☐ Fatal
Location of Injury on Body:    Type of Injury:
Medical Treatment ☐ Yes ☐ No
Hospital / Medical Facility:
If no injury, describe threat or act:

## FAMILY VIOLENCE

1. Were Children Involved? ☐ Yes ☐ No       2. Was act committed with children present? ☐ Yes ☐ No
3. Number of previous complaints as advised by victim: ☐ 0 ☐ 1-5 ☐ 6-10 ☐ More than 10 ☐ Unknown
4. Existence of prior court orders     ☐ Yes ☐ No ☐ Unknown
5. Was victim advised of available remedies and services? ☐ Yes ☐ No
6. Type and extent of alleged abuse by the primary aggressor (mark all that apply) ☐ Fatal Injury ☐ Permanent Physical Disability ☐ Temporary Disability ☐ Broken Bones ☐ Gun / Knife Wounds ☐ Superficial Injuries ☐ Property Damage / Theft ☐ Threats ☐ Abusive Language ☐ Sexual Abuse ☐ Other
7. Police action taken: ☐ Arrest ☐ Citation ☐ Separation ☐ Mediation ☐ Other ☐ None
   If no arrest made, why not? ☐ Juvenile ☐ Primary Aggressor was not at scene ☐ Insufficient Probable Cause ☐ Other reason(s)
8. How was primary aggressor identified? ☐ Physical Evidence ☐ Testimonial Evidence ☐ Other
9. Did investigation indicate involvement of substance abuse? ☐ Yes ☐ No
   If yes, indicate substance(s) used by primary aggressor and/or victim: Aggressor: ☐ Drugs ☐ Alcohol   Victim: ☐ Drugs ☐ Alcohol
10. Relationship of primary aggressor to victim(s): ☐ Present Spouse ☐ Former Spouse ☐ Parent ☐ Child ☐ Step-Parent ☐ Step-Child ☐ Foster Parent ☐ Foster Child ☐ None of the above but lives in the same household or lived in the same household

I.D. Services Performed ☐ Photos ☐ Latent Prints ☐ Composite Sketch    Performed By:

| Case Status | Date of Clearance | Case to CID | Investigator Assigned |
|---|---|---|---|
| ☐ Active ☐ Unfounded ☒ Exclrared ☐ Cleared by Arrest | 08/22/08 | ☐ Yes ☒ No | |

Stranger to Stranger ☒ Yes ☐ No ☐ Unknown ☐ N/A    Handled by Uniform Division ☒ Yes ☐ No    T.O.T.
Case Type: ☒ Reported ☐ Witnessed by Officer ☐ Officer Initiated

Revised April 2007

08-08-06941

Case # 08-08-06941                      INCIDENT REPORT (back)

## ARRESTED PERSON / SUSPECT / MISSING PERSON DATA

☐ Arrest ☐ Citation ☒ Suspect ☐ Missing Person ☐ Primary Aggressor

- **Name:** NARAIN, DRUPATTY
- **DOB:** 02/27/71
- **Race:** W
- **Sex:** F
- ☐ Alias ☐ Associate
- **Age:** 37 To
- **Height:** 502 To
- **Weight:** 085 To
- **Build:** THIN
- **Address:** 1620 COOPER LAKES DR, GRAYSON, GA 30017
- **Home Phone:**
- **Work Phone:**
- **Occupation / School:**
- **Gang Affiliation:**
- **OLN:** 054125212
- **State:** GA
- **SSN:**
- Shirt / Pants/Shorts/Skirt/Dress / Shoes
- Hat / Coat / Clothing Type
- Hair Color / Hair Style / Eye Color / Eye Defect
- Facial Hair / Teeth / Complexion / Speech
- ☐ Scar ☐ Mark ☐ Tattoo ☐ Deformity ☐ Oddity
- Location / Description
- Hand Use / Weapon / Jewelry
- Perpetrator Actions Toward Victim:
- Medical Treatment ☐ Yes ☒ No    Hospital / Treatment Center
- Injury Extent / Injury Type / Injury Location
- **Sobriety:** ☒ Sober ☐ U/I Alcohol ☐ U/I Drugs ☐ U/I Combination ☐ Unknown
- **Drug Activity:** ☒ None ☐ Buyer ☐ Seller ☐ Possess ☐ Use ☐ History
- Drug Type / Quantity
- Arrest Date / Location of Arrest
- Charges / Warrant/ Citation #

**Right column:** (blank)

☐ Arrest ☐ Citation ☐ Suspect ☐ Missing Person ☐ Primary Aggressor
(all fields blank)

## MISSING PERSONS

**Left:**
- Status: ☐ Active ☐ Returned
- Type: ☐ Juvenile ☐ Adult ☐ Elderly
- Foul Play? ☐ Yes ☐ No ☐ Unknown
- GCIC Entry By
- Dental Records Available ☐ Yes ☐ No
- Medical (X-Ray) Records ☐ Yes ☐ No
- Blood Type
- Mental State: ☐ Depressed ☐ Suicidal ☐ Angry ☐ Alzheimer's
- Medication Required:
- Location Last Seen:
- Direction of Travel:

**Right:** (blank duplicate section)

## VEHICLE

- Vehicle Involvement ☐ Suspect ☐ Stolen ☐ Recovered ☐ Damaged ☐ Theft From / Entered ☐ Abandoned ☐ Impounded   Driver Arrested? ☐ Yes ☐ No
- Date Lost/Stolen: / Value:
- Insurance Company / Policy #:
- Lien Holder:
- Recovered Vehicle Stolen From
- ☐ Lawrenceville ☐ Other
- Year / Make / Model / Style / VIN   Keys in Veh? ☐ Yes ☐ No
- Color / Tag / State / Year / Tag Type / Decal #   Doors Locked? ☐ Yes ☐ No
- Registered Owner (Name / Address / Phone)

## PROPERTY CRIMES

- Point of Entry: / Method of Entry: / Security Measures in Place:
- Code: Damaged Recovered Stolen Lost Found   Status: Located Returned to Owner Evidence Room N/A Not Applicable

| CODE | QTY | DESCRIPTION | SERIAL # | VALUE | STATUS |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## ADMIN

Reporting Officer / Badge #: _[signature]_ 132     Approving Supervisor / Badge #: _[signature]_

Revised April 2007

# LAWRENCEVILLE POLICE DEPARTMENT
# INCIDENT NARRATIVE

**Case Number:** 08-08-06941
**Case Type:** Simple Assault
**Location:** 256 Hurricane Shoals Rd
**Date:** 08-22-08

   On 08-22-08, I (Officer Brian Welch) responded to the Lawrenceville Police Station in reference to threats. There I met the victim (Nadine Brooks) who said a clerk (Drupatty Narain) of a local store had threatened to attack her. Ms. Brooks said Ms. Narain threatened, " I'll kick your ass!"
   Ms. Brooks said she had stopped at a local Chevron station where she went inside to obtain some change. Ms. Brooks said Ms. Narain was behind the counter of the store. Ms. Brooks said Ms. Narain told Ms. Brooks that she could not get any change, because Ms. Narain did not have any change. Ms. Brooks said she asked again for change, but again Ms. Narain said no. Ms. Brooks said then she picked up two items to purchase, intending to use the original bill that she wanted to change. Ms. Brooks said Ms. Narain refused to ring up the purchases and told Ms. Brooks to leave the store. Ms. Brooks said Ms. Narain became verbally abusive, using a racial epithet (i.e. nigger). Ms. Brooks said she tried to call 911, but was not sure if the she had completed the call. (She said no police responded.) Ms. Brooks said she left the store, but Ms. Narain followed her, continuing her verbal tirade.
   Ms. Brooks said a male friend of hers approached Ms. Narain and asked why Ms. Narain was yelling and cursing. Ms. Brooks said Ms. Narain approached her and threatened to kick her ass while waving her arms. Ms. Brooks said she had felt that Ms. Narain might hit her. Ms. Brooks said she left the scene. Ms. Brooks said her daughter (Mariah Brooks) had been present during the argument.
   Ms. Brooks said she wanted the incident documented because she felt Ms. Narain had violated her civil rights and because Ms. Narain had threatened her. I advised Ms. Narain to seek the counsel of an attorney as civil rights were primarily civil, not criminal, in nature and relief from such was best obtained through a civil proceeding. Ms. Brooks said she had contacted an attorney already who had advised her to file a report. Further I told Ms. Brooks I would take a report about of the alleged assault and instructed her how to obtain a warrant from the magistrate.
   Later I contacted the other party (Ms. Narain). Ms. Narain said the daughter (Mariah Brooks) had come inside the store first to ask for change. Ms. Narain said she told her no, because she did not have any change in her drawer. Ms. Narain said Ms. Brooks then came inside to ask the same thing. Ms. Narain said she could not provide change. Ms. Narain said Ms. Brooks became verbally abusive by saying, "Go back to your own country!" Ms. Narain said she followed Ms. Brooks outside because Ms. Brooks walked outside with a pack for which Ms. Brooks had not paid. Ms. Narain said both Ms. Brooks and Ms. Brooks' male friend challenged Ms. Narain to hit them. Ms. Narain said the man told her, " I'll own this store." According to Ms. Narain, Ms. Brooks told Ms. Narain that Ms. Brooks knew what she was doing because she had a master's degree. Ms. Narain said she

understood this statement to be a reference to a lawsuit. Ms. Narain said she did not call the police because she thought the matter trivial.

REPORT BY: B. WELCH 132              APPROVED BY: