Exhibit C

# INCIDENT REPORT — LAWRENCEVILLE POLICE DEPARTMENT

Page 1 of 3

| Case Number | Date of Complaint | Unit/Division | Reporting Officer | Badge # | Incident / Information |
|---|---|---|---|---|---|
| 080705671 | 7/20/2008 | UNIF | R. DAVIS | 156 | Arrest ☒ |

**Incident Type:** TERRORISTIC THREATS
**Date / Time of Occurrence (from):** 7/20/2008 0020
**Date / Time of Occurrence (to):** 7/20/2008 0020
**Attempt Only:** ☐ Yes ☒ No
**Weapon / Tool Used:**

## INCIDENT DATA

**Incident Address:** 256 HURRICANE SHOALS RD
**City:** LAWRENCEVILLE  **State:** GA  **Zip:** 30045
**Location Type:** GAS STATION
**Business Name:** CHEVRON
**Subdivision / Apartment Complex:**

| Field | Yes/No | Field | Yes/No | Field | Yes/No | Field | Yes/No |
|---|---|---|---|---|---|---|---|
| At School | ☒ No | Alcohol Related | ☒ No | Family Violence | ☒ Yes | Housing Authority | ☒ No |
| Juvenile Victim | ☒ No | Drug Related | ☒ No | Hate Crime | ☒ No | Under Construction | ☒ No |
| Juvenile Witness | ☒ No | User/Motivation/Seller | | Gang Related | ☒ No | Premise Vacant | ☒ No |
| Juvenile Offender | ☒ No | Drug Type | | Special Event | ☒ No | Forced Entry | ☒ No |
| Weather | | Lighting | | Event | | Security Devices | |

**PERSONS INVOLVED** — Number of Victims: 1 | Number of Witnesses: 0 | Number of Offenders: 1

## COMPLAINANT / VICTIM / WITNESS DATA

**Person Code:** V/C
**Prosecute/Testify:** ☒ Yes ☐ No
**Name (L/F/M):** NARAIN, DRUPATTY ☒ Adult
**Race:** B  **Sex:** F  **DOB:** 2/27/1971
**Notified of Victim's Rights:** ☒ Yes
**Address:** 1620 COOPER LAKES DR GRAYSON, GA, 30017
**Sobriety:** ☒ Sober
**Occupation/Employer:** CHEVRON
**Home Phone:** 678-225-5801
**Work Phone:** 678-984-5119
**Relationship to Offender:** WIFE
**Injury:** ☒ None
**Medical Treatment:** ☒ No

## FAMILY VIOLENCE

1. Were Children Involved? ☒ No
2. Was act committed with children present? ☒ No
3. Number of previous complaints as advised by victim: ☒ 1-5
4. Existence of prior court orders: ☒ No
5. Was victim advised of available remedies and services? ☒ Yes
6. Type and extent of alleged abuse by the primary aggressor (mark all that apply): ☒ Abusive Language ☒ Other
7. Police action taken: ☒ Other
   If no arrest made, why not? ☒ Primary Aggressor was not at scene ☒ Other reason(s)
8. How was primary aggressor identified? ☒ Testimonial Evidence
9. Did investigation indicate involvement of substance abuse? ☒ No
10. Relationship of primary aggressor to victim(s): ☒ Present Spouse

**I.D. Services Performed:** (none checked)

## CID/ID

**Case Status:** ☒ Active
**Case to CID:** ☒ Yes
**Investigator Assigned:**
**Stranger to Stranger:** ☒ No
**Handled by Uniform Division:** ☒ No
**Case Type:** ☒ Reported

Revised April 2007

080705671

Case # 080705671                                                                                         INCIDENT REPORT (back)

## Arrested Person / Suspect / Missing Person Data

**Left entry:**

- ☐ Arrest  ☐ Citation  ☒ Suspect  ☐ Missing Person  ☐ Primary Aggressor
- Name: JAIPERSAUD, ARNOLD
- DOB: 7/31/1971
- Race: B
- Sex: M
- Alias: ☐
- Associate: ☐
- Age: 36 To
- Height: 507 To
- Weight: 160 To
- Build: SLENDER
- Address: 1620 COOPER LAKES DR, GRAYSON, GA, 30017
- Home Phone: 678-994-5853
- Work Phone:
- Occupation / School:
- Gang Affiliation:
- OLN:
- State:
- SSN:
- Shirt:
- Pants/Shorts/Skirt/Dress:
- Shoes:
- Hat:
- Coat:
- Clothing Type:
- Hair Color: BLK
- Hair Style:
- Eye Color: BRO
- Eye Defect:
- Facial Hair:
- Teeth:
- Complexion:
- Speech:
- ☐ Scar  ☐ Mark  ☐ Tattoo  ☐ Deformity  ☐ Oddity
- Location / Description:
- Hand Use:
- Weapon:
- Jewelry:
- Perpetrator Actions Toward Victim: TERRORISTIC THREATS
- Medical Treatment: ☐ Yes  ☒ No   Hospital / Treatment Center:
- Injury Extent:
- Injury Type:
- Injury Location:
- Sobriety: ☒ Sober  ☐ U/I Alcohol  ☐ U/I Drugs  ☐ U/I Combination  ☐ Unknown
- Drug Activity: ☐ None  ☐ Buyer  ☐ Seller  ☐ Possess  ☐ Use  ☐ History
- Drug Type / Quantity:
- Arrest Date:
- Location of Arrest:
- Charges:
- Warrant/ Citation #:

**Right entry:** (blank)

## Missing Persons

Left:
- Status: ☐ Active  ☐ Returned
- Type: ☐ Juvenile  ☐ Adult  ☐ Elderly
- Foul Play?: ☐ Yes  ☐ No  ☐ Unknown
- GCIC Entry By:
- Dental Records Available: ☐ Yes  ☐ No
- Medical (X-Ray) Records: ☐ Yes  ☐ No
- Blood Type:
- Mental State: ☐ Depressed  ☐ Suicidal  ☐ Angry  ☐ Alzheimer's
- Medication Required:
- Location Last Seen:
- Direction of Travel:

## Vehicle

- Vehicle Involvement: ☐ Suspect  ☐ Stolen  ☐ Recovered  ☐ Damaged  ☐ Theft From / Entered  ☐ Abandoned  ☐ Impounded   Driver Arrested? ☐ Yes  ☐ No
- Date Lost/Stolen:
- Value:
- Insurance Company / Policy #:
- Lien Holder:
- Recovered Vehicle Stolen From: ☐ Lawrenceville  ☐ Other
- Year:  Make:  Model:  Style:  VIN:   Keys in Veh? ☐ Yes  ☐ No
- Color:  Tag:  State:  Year:  Tag Type:  Decal #:   Doors Locked? ☐ Yes  ☐ No
- Registered Owner (Name / Address / Phone):

## Property Crimes

- Point of Entry:
- Method of Entry:
- Security Measures in Place:
- Code: Damaged Recovered Stolen Lost Found
- Status: Located Returned to Owner Evidence Room N/A Not Applicable

| CODE | QTY | DESCRIPTION | SERIAL # | VALUE | STATUS |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

## Admin

Reporting Officer / Badge #: R. Davis #156

Approving Supervisor / Badge #: [signature] 15

Revised April 2007

Lawrenceville Police Department
Incident Report
Case #080705671
July 20, 2008

     On 07-20-2008 at 0029 hours, I, Officer Davis, responded to the front lobby of the Lawrenceville Police Department in reference to a previous domestic dispute. Upon arrival, I made contact with the victim/complainant identified as Drupatty Narain.
     Narain stated on today's date at approximately 0020 hours, she and her husband identified as Arnold Jaipersaud got into a heated verbal argument at 256 Hurricane Shoals Road (Chevron). Narain and her husband are both employed at the aforementioned location. Narain stated during the argument, Jaipersaud brandished a knife and stated "I will slit your fucking throat".
     Narain became extremely frightened, entered her vehicle and drove to the police department. Officer canvassed the area for Jaipersaud with negative results.
     Narain was advised on the process for obtaining magistrate warrants and stated she would be pursuing them.

*R. Davis #156*