IN THE UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DRUPATTY JAIPERSAUD,<br><br>Plaintiff,<br>vs.<br><br>TIMOTHY R. ASHLEY, in his individual capacity,<br><br>Defendant. | CIVIL ACTION FILE NO.<br><br>NO. 1:10-CV-0455-JEC |

## DEFENDANT TIMOTHY R. ASHLEY'S RESPONSE TO PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT

COMES NOW, Detective Timothy R. Ashley ("Ashley"), Defendant in the above-styled civil action, and files his Response to Plaintiff's Partial Motion for Summary Judgment. In support of this response, Ashley relies on his Motion for Summary Judgment, Brief In Support of Defendant's Motion for Summary Judgment and Statement of Undisputed Material Facts, all filed with the Court on March 4, 2011.

[Signature on the following page]

Respectfully submitted this 17th day of March, 2011.

          **SHIVERS & ASSOCIATES**

          **/S/ KENDRICK K. MCWILLIAMS**
          **KENDRICK K. MCWILLIAMS**
          Georgia Bar No. 140983
          Attorney for Defendant
          Timothy R. Ashley

Caller Service No. 1808
Alpharetta, GA 30023-1808
Tel.: 678-317-7104
Fax: 678-317-8919
kmcwilli@travelers.com

## CERTIFICATION

Pursuant to N.D. Ga. LR 7.1D, I certify that this response has been prepared using Book Antigua, 13 point, as approved by this Court in LR 5.1.

S/ KENDRICK K. MCWILLIAMS
**KENDRICK K. MCWILLIAMS**

IN THE UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DRUPATTY JAIPERSAUD,<br><br>Plaintiff,<br>vs.<br><br>TIMOTHY R. ASHLEY, in his individual capacity,<br><br>Defendant. | CIVIL ACTION FILE NO.<br><br>NO. 1:10-CV-0455-JEC |

## CERTIFICATE OF SERVICE

I hereby certify that I have served **DEFENDANT TIMOTHY R. ASHLEY'S RESPONSE TO PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT** upon all parties, by electronic filing through the CM/ECF system

Albert Wan
Attorney at Law
1201 Peachtree Street NE
400 Colony Square, Suite 200
Atlanta, Georgia 30361
albert@albertwanlaw.com

This 17th day of March, 2011.

[Signature on the following page]

SHIVERS & ASSOCIATES

S/ KENDRICK K. MCWILLIAMS
**KENDRICK K. MCWILLIAMS**
Georgia Bar No. 140983
Attorney for Defendant
Detective Timothy R. Ashley

Caller Service No. 1808
Alpharetta, GA 30023-1808
Tel.: 678-317-7104
Fax: 678-317-8919
kmcwilli@travelers.com

5