# SHIVERS & ASSOCIATES
#### Attorneys at Law

| | | |
|---|---|---|
| Donald M. Shivers<br>Larry G. Cobb\*\*\*<br>Terry L. Strawser<br>Joseph D. Perrotta<br>George Lee Parson \*<br>Robert K. Hardeman<br>Vanice H. Sikes, Jr.<br>Adrian Britt<br>Tracy T. Leonard\*\* | 1000 Windward Concourse<br>Suite 210<br>Alpharetta, Georgia 30005<br><br>**Mailing Address**<br>Caller Service No. 1808<br>Alpharetta, Georgia 30023-1808<br>(678) 317-7104<br>Fax (678) 317-8917 – Gen. Liab.<br>Fax (678) 317-8915 - WC | Kendrick K. McWilliams<br>Teresa M. Lazard<br>H. Christopher Gill<br>Bryan C. Mahaffey<br>Melissa L. Lefkow<br>Charles R. Beans<br>Norman M. Sawyer, Jr.\*\*\*<br>Matthew A. Liverman\*\*\*\*<br>Ann Marie O. Beverly\*\*\*\*\* |

    \* Also admitted in Washington, D.C
   \*\* Also admitted in Alabama
 \*\*\* Also admitted in Pennsylvania
\*\*\*\* Also admitted in North Carolina
\*\*\*\*\* Also admitted in Florida

May 10, 2012

**VIA FACSIMILE and ELECTRONIC FILING VIA CM/ECF**
Judge Steve C. Jones
1909 Richard B. Russell Federal Building and Courthouse
75 Spring Street, S.W.
Chambers – Suite 1967
Atlanta, Georgia 30303

**Re:** **Drupatty Jaipersaud v. Timothy R. Ashley, in his individual capacity**
United States District Court for the Northern District of Georgia, Atlanta Division
Civil Action File Number: 1:10-CV-0455-SCJ
TICN#: C6U9615

Judge Jones:

I'm writing in reference to the above referenced cased which has been placed on the Court's jury trial calendar (second civil case) beginning Tuesday, June 5th, 2012 at 9:30 A.M., Courtroom 1907, 19th Floor, United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia. I am lead counsel in the above-referenced case, and I filed a Request for Leave of Absence with the Clerk on March 1, 2012. [Doc. 65]. No objection to the leave was filed. On March 23, 2012, the Clerk issued a notice that the case had been placed on the trial calendar for the week encompassing my leave. [Doc. 69].

I am writing to request the case be continued from the trial calendar because I had planned to be out of the country with my family on vacation during the week this case has been scheduled for trial. My leave request and this vacation were booked prior to the Court's Order on Defendant's Motion for Summary Judgment that was originally filed on March 4, 2011. [Doc. 55-1]. I am sole counsel in the action listed and am unable to arrange for other counsel to adequately protect my clients' interests in my absence.

It is for this reason that I am requesting the case be continued from the listed calendar. No prejudice will result to the Plaintiff in this case, especially in light of the fact that no pre-trial conference has been scheduled or held with reference to the impending trial date.

This request is not being made for purposes of delay. The undersigned is simply asking for the case to be continued in light of the filed leave encompassing the currently scheduled trial date.

        Very truly yours,

        **SHIVERS & ASSOCIATES**

        /s/Kendrick K. McWilliams
        Kendrick K. McWilliams

cc:    Timothy R. Ashley
       Mr. Virgil Lee Thompson Jr.
       Larry Hurd
       Mr. Albert King-Ho Wan
       James N. Hatten