UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DRUPATTY JAIPERSAUD,

        Plaintiff,

vs.

TIMOTHY R. ASHLEY,

        Defendant.

CIVIL ACTION FILE

NO. 1:10-CV-0455-SCJ

## **J U D G M E N T**

This action having come before the Court, Honorable Steve C. Jones, United States District Judge, for a trial a jury and the jury having rendered its verdict in favor of Plaintiff on August 2, 2012, and

The parties having stipulated on September 4, 2012 as to the total amount of recoverable attorneys' fees incurred by Plaintiff, as well as Plaintiff's costs, it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of plaintiff Drupatty Jaipersaud against defendant Timothy R. Ashley for compensatory damages in the amount of $87,500.00, punitive damages in the amount of $50,000.00, attorneys' fees in the amount of $109,830.00, and costs in the amount of $4,500.00, for judgment in the total amount of $251,830.00.

Dated at Atlanta, Georgia, this 5th day of September, 2012.

                JAMES N. HATTEN
                CLERK OF COURT

              By: s/Pamela Wright
                Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 6, 2012
James N. Hatten
Clerk of Court

By: s/Pamela Wright
  Deputy Clerk