# UNITED STATES COURT OF APPEALS
## For the Eleventh Circuit

_____

No. 12-15149

_____

District Court Docket No.
1:10-cv-00455-SCJ

DRUPATTY JAIPERSUAD,

        Plaintiff - Appellee,

versus

LAWRENCEVILLE POLICE DEPARTMENT, et al.,

        Defendants,

TIMOTHY R. ASHLEY,
in his individual capacity,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the
Northern District of Georgia

_____

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: October 22, 2013
For the Court: John Ley, Clerk of Court
By: Djuanna Clark

**ISSUED AS MANDATE:  11/25/2013**

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

November 25, 2013

For rules and forms visit
www.ca11.uscourts.gov

James N. Hatten
Richard B. Russell Bldg & US Courthouse
75 SPRING ST SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 12-15149-AA
Case Style: Drupatty Jaipersuad v. Timothy Ashley
District Court Docket No: 1:10-cv-00455-SCJ

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Regina A. Veals-Gillis
Phone #: (404) 335-6163

Enclosure(s)

MDT-1 Letter Issuing Mandate