**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| DRUPATTY JAIPERSAUD, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>TIMOTHY R. ASHLEY, in his )<br>individual capacity, )<br>)<br>   Defendant. ) | CIVIL ACTION FILE<br>NO.: <u>10-CV-455-SCJ</u> |

## SATISFACTION OF JUDGMENT

WHEREAS a judgment was entered in the above action on September 5, 2012 in favor of Drupatty Jaipersaud and against Timothy R. Ashley in the amount of $251,830.00; and said judgment with interest and costs thereon having been satisfied by agreement of the parties;

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized to make an entry of the full and complete satisfaction on the docket of said judgment.

**SIGNATURES ON FOLLOWING PAGE**

This 6th   day of January, 2014.

Respectfully submitted,

| | |
|---|---|
| *s/ Albert Wan, Esq.* | *s/ William J. Atkins, Esq.* |
| Albert Wan | William J. Atkins |
| albert@albertwanlaw.com | bill@atkinsfife.com |
| | |
| **Albert Wan, Attorney at Law** | **ATKINS & FIFE, LLC** |
| 1201 Peachtree Street NE | 6400 Powers Ferry Road, Suite 355 |
| 400 Colony Square, Suite 200 | Atlanta, Georgia 30339 |
| Atlanta, Georgia 30361 | Tel. 404.969.4130 |
| (404) 872-7760 – Tel. | www.atkinsfife.com |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DRUPATTY JAIPERSAUD,     )<br>     Plaintiff,     )<br>     )<br>vs.     )<br>     )<br>TIMOTHY R. ASHLEY,     )<br>     Defendant.     ) | Civil Action No.:<br><u>10-CV-455-SCJ</u> |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day I electronically filed a copy of this **Brief In Support of Application for Attorneys' Fees And Expenses** with the Clerk of Court using the CM/ECF system which provides for service by electronic means upon the following attorney of record:

| | |
|---|---|
| Theodore Freeman<br>Brian R. Dempsey<br>Freeman Mathis & Gary, LLP<br>100 Galleria Parkway – Suite 1600<br>Atlanta, Georgia  30339-5948 | Kendrick McWilliams<br>Larry G. Cobb and Associates<br>Caller Service No. 1808<br>Alpharetta, GA 30023-1808<br>kmcwilli@travelers.com |

This  **6th**  day of  January  2014.

*s/ William J. Atkins,*
William J. Atkins
bill@atkinsfife.com

**ATKINS & FIFE, LLC**
6400 Powers Ferry Road, Suite 355
Atlanta, Georgia 30339
Tel. 404.969.4130
www.atkinsfife.com